# THE UNIVERSITY OF RHODE ISLAND

## DIVISION OF ACADEMIC AFFAIRS

THINK BIG  WE DO™

**HONORS PROGRAM**
300 Lippitt Hall, Kingston, RI 02881 USA    p: 401.874.2303    f: 401.874.5615

November 20, 2018

Dear Mr. Fosu:

Congratulations! On behalf of the Honors Program, we are pleased to offer you a position as a Visiting Assistant Professor for the Spring 2019 semester. This appointment begins December 23, 2018 and ends on Commencement Day. Your annual salary for the appointment is at the rate of $74,000.00; pro-rated for the semester it is $37,000.00. This appointment is non-union and subject to regulations as set forth in the *University Manual* and other University policies, practices, and procedures.

As a Visiting Assistant Professor in the Honors Program, your duties will include teaching two sections of HPR 224G and HDF 414 for the Leadership Studies minor in Spring 2019. In addition, working with Dr. Rachel DiCioccio, you will develop at least one Grand Challenge course for the general education program that will be offered in Fall 2019. You will be expected to hold regular office hours for consultation with students. In addition, you will be expected to attend meetings as they pertain to curricular and teaching issues within the Honors Program.

It is our expectation that we will offer you a Faculty of Practice position in the next academic year within an academic department or jointly within two departments. We will work with you and the department(s) to determine the specific requirements of this position. This offer will be contingent upon your success in teaching and student learning in the Spring 2019 semester.

URI is committed to building and sustaining a community based on inclusiveness, equity, and diversity. We expect all new faculty members to engage with students and colleagues in ways that reflect these values that are central to our identity and mission. These key values are part of the guiding vision of the President and embedded within the goals and strategies of the University's Academic Plan (https://web.uri.edu/academic-planning/files/academic_plan_handbook.pdf).

You will be receiving a package of materials from the Human Resources Office outlining the benefits you are eligible for and containing enrollment forms and related documents, as well as contact information for meeting with Human Resources representatives to complete new employee paperwork. In the meantime, you can review benefits information online by going to our website https://web.uri.edu/hr/benefits. You may address benefits questions to Dawn Smith (401-874-9054 or dawns@uri.edu).

This agreement supersedes all other agreements, oral or written, between the parties and is the complete agreement between you and the University. This agreement and any modifications shall not be valid until and unless signed by all persons whose offices are listed below. If you are willing to accept this offer in accordance with the terms stated in this letter, please sign your name below and return it no later than 11/28/2018 to Lynne Derbyshire, Honors Program, University of Rhode Island, Lippitt Hall, Kingston, RI 02881. A copy of this letter is enclosed for your records.

Louis, I want to welcome you to the University of Rhode Island and look forward to your contributing to our teaching mission and the success of our student learning.

Sincerely,

Lynne Derbyshire
Director, Honors Program

cc:   Donald DeHayes, Provost and Vice President for Academic Affairs
      Matthew Bodah, Vice Provost for Academic Personnel and Budget
      Roxanne Gomes, Director, Affirmative Action, Equal Opportunity, and
            Diversity
      Sue Adams, Chair, Human Development and Family Studies
      Rachel DiCioccio, Director, Office of Innovation in General Education

I accept this offer and its stated terms.

_____          _____

Signature                                                          Date