# THE UNIVERSITY OF RHODE ISLAND

## COLLEGE OF ARTS AND SCIENCES



**OFFICE OF THE DEAN**
257 Chafee Social Science Center, Kingston, RI 02881 USA     p: 401.874.4101     f: 401.874.2892     uri.edu/artsci

1 July 2019

Louis Fosu
44 Top Hill Road
Saunderstown RI   02874

Dear Mr. Fosu,

On behalf of the College of Arts and Sciences, I am pleased to offer you a Faculty of Practice appointment for the 2019-20 academic year in the Department of Political Science. This is a one-year position with possible annual reappointments through 2024-25 following an annual evaluation/review of teaching and student advising performance and depending on funding and availability of the position. The University of Rhode Island is a vibrant place to work and one where all employees are greatly valued. We are pleased to welcome you to our community.

Your salary for the 2019-20 academic year will be at a rate of $75,000. Please note that the academic year begins five (5) days before Advising Day and ends on Commencement Day. This appointment is subject to regulations as set forth in the *University Manual*; other University policies, practices and procedures; and the provisions of the *Collective Bargaining Agreement between the Rhode Island Council on Postsecondary Education* and the *URI Chapter of the American Association of University Professors*.

In addition, you will receive a stipend for $7,500 in summer 2019 to support your work sourcing prime internships and job opportunities for students, which involves developing relationships and arranging agreements with government, multilateral organizations or NGOs with the expectation that such opportunities will be available to students in the coming year. We also expect that you will continue to work with students to revise their resumes and improve their chances of landing internships and jobs, as well as share information about how students can prepare themselves to attain positions in NGOs and government organizations. This work ties directly to the College of Arts and Sciences strategic plan goals of developing more internship opportunities for our students and providing more assistance in job preparation.

As a faculty of practice in the Department of Political Science, your regular teaching duties will include teaching and/or advising for the equivalent of 12 credit hours each semester and may include teaching assignments in Honors. We expect that you will hold regular office hours for consultation with students, you will participate in student advising activities as they pertain to instructional responsibilities, and you will participate in department service activities as they pertain to your normal instructional responsibilities. You are not expected, however, to perform College and University service beyond those listed above, nor are you required to engage in scholarly activities in the department. We would, however, welcome your support of the mission of the College of Arts & Sciences and your participation in any college events and activities. You will be entitled to telephone and mail privileges for professional purposes, as well as secretarial support, subject, however, to program guidelines with respect to their use.

You are also required to conform to the following policies:  Prepare course syllabi for your courses, distribute the syllabi on the first day of class, and place copies of them in your personnel folder in the department office; make sure a Sakai site is set up for each class you are assigned--Sakai is a system used for various components of course delivery at URI; submit final course grades through e-Campus by the deadline and provide the department with a copy of the grades in the form of the Sakai gradebook or other

*The University of Rhode Island is an equal opportunity employer committed to the principles of affirmative action.*

form approved by your Chair; and inform students at the beginning of the semester, at mid-term, and in the week before final exams that you cannot assign grades of "Incomplete" except in cases of a real emergency, in which case it must be approved by the Department Chair and Dean. We also ask that you conform to all University policies concerning class attendance and examinations. These policies are stated in the *University Manual* that is available online.

You will be receiving a package of materials from the Human Resources Office outlining the benefits you are eligible for and containing enrollment forms and related documents, as well as contact information for meeting with Human Resources representatives to complete new employee paperwork. In the meantime, you can review benefits information online at www.uri.edu/hr by going to "Department Resources, Benefits-at-a-Glance." You may address benefits questions to Dawn Smith (401-874-9054 or dawns@uri.edu).

URI is committed to building and sustaining a community based on inclusiveness, equity, and diversity. We expect all new faculty members to engage with students and colleagues in ways that reflect these values that are central to our identity and mission. These key values are part of the guiding vision of the President and embedded within the goals and strategies of the University's Academic Plan, see http://web.uri.edu/academic-planning/files/academic_plan_handbook.pdf

This agreement supersedes all other agreements, oral or written, between the parties and is the complete agreement between you and the University. This agreement and any modifications shall not be valid until and unless signed by all persons whose offices are listed below.

If you are willing to accept this offer in accordance with the terms stated in this letter, please sign your name below and return it no later than July 23, 2019 to: Anna Vaccaro, c/o College of Arts and Science, University of Rhode Island, 257 Chafee Social Science Center, Suite 1, 10 Chafee Road, Kingston, RI 02881. Alternatively, you can sign and send back to Anna electronically (anna@uri.edu).

Welcome to the University of Rhode Island. I look forward to your contributions to our teaching and service missions and the success of our students.

Sincerely,

*Jeanette E. Riley*

Jeannette E. Riley, Dean
College of Arts and Sciences

cc:   Donald DeHayes, Provost and Vice President for Academic Affairs
      Matt Bodah, Interim Vice Provost for Academic Personnel and Budget
      Roxanne Gomes, Director, Affirmative Action, Equal Opportunity, and Diversity
      Linda Barrett, Director, Budget and Financial Planning
      Laura Kenerson, Director, Personnel Services, Human resource Administration
      Catherine Robinson, Business Manager, College of Arts and Sciences
      Marc Hutchinson, Chair, Political Science
      Lynne Derbyshire, Director, Honors Program


I accept this offer and the terms stated therein:

_____        _____
Louis Fosu                            Date