UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **LOUIS KWAME FOSU,**<br>         **Plaintiff,**<br>   **V.**<br>**THE UNIVERSITY OF RHODE ISLAND, UNIVERSITY OF RHODE ISLAND BOARD OF TRUSTEES, DAVID M. DOOLEY, PRESIDENT, THE UNIVERSITY OF RHODE ISLAND, DONALD DEHAYES, PROVOST AND VICE PRESIDENT FOR ACADEMIC AFFAIRS, AND JEANNETTE E. RILEY, DEAN, COLLEGE OF ARTS & SCIENCES, in their individual and official capacities,**<br>         **Defendants.** | C.A. No. 21-cv-279-JJM-PAS |

**DEFENDANTS' MOTION TO DISMISS
COUNTS II-VII OF PLAINTIFF'S COMPLAINT**

Defendants, the University of Rhode Island ("URI"); University of Rhode Island Board of Trustees; David M. Dooley, URI's former President; Donald DeHayes, Provost and Vice President for Academic Affairs; and Jeannette Riley, Dean of the College of Arts & Sciences (collectively "URI Defendants"), move to dismiss counts ii-vii of Plaintiff's complaint.

The URI Defendants have concurrently filed (1) their supporting memorandum of law and (2) the declaration of Steven M. Richard, Esq. authenticating the exhibits attached thereto.

Under Local Rule Cv. 7(c), the URI Defendants request oral argument on their motion to dismiss and estimate that the hearing will require approximately sixty minutes.

Defendants,

By Their Attorney,

/s/ Steven M. Richard
Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: 401-454-1020
Fax: 401-454-1030
Email: srichard@nixonpeabody.com
Dated:  August 16, 2021

## CERTIFICATE OF SERVICE

I certify that, on the 16th day of August, 2021, this motion to dismiss was filed and served upon counsel of record via the Court's CM/ECF system.

/s/ Steven M. Richard

4825-4118-6550.1