# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LOUIS KWAME FOSU,<br><br>        Plaintiff,<br><br> V.<br><br>THE UNIVERSITY OF RHODE ISLAND, UNIVERSITY OF RHODE ISLAND BOARD OF TRUSTEES, DAVID M. DOOLEY, PRESIDENT, THE UNIVERSITY OF RHODE ISLAND, DONALD DEHAYES, PROVOST AND VICE PRESIDENT FOR ACADEMIC AFFAIRS, AND JEANNETTE E. RILEY, DEAN, COLLEGE OF ARTS & SCIENCES, in their individual and official capacities,<br><br>        Defendants. | C.A. No. 21-cv-279-JJM-PAS |

## STIPULATION STAYING THE SUMMARY JUDGMENT MOTION FILING DEADLINE AND SETTING A DATE FOR A STATUS REPORT TO THE COURT

    Plaintiff and Defendants stipulate as follows:

    1.    The parties have conferred and agreed to participate in a private mediation.

    2.    To focus on such mediation efforts, the parties request that the Court stay the current July 14, 2023 deadline for the filing of a motion for summary judgment.

    3.    By no later than August 11, 2023, the parties shall submit a status report to the Court addressing whether the parties' mediation efforts have been successful and whether it will be necessary for the Court to reset a prompt deadline for the filing of a motion for summary judgment.

    4.    The parties submit this proposed scheduling in the interests of judicial economy and efficiency, not for purposes of delay.

4824-4329-7777.1

| | |
|---|---|
| Plaintiff, | Defendants, |
| By His Attorneys, | By Their Attorney, |

/s/ Jessica Sanderson
/s/ Ameer Gopalani
/s/ Mark P. Gagliardi
Jessica Sanderson (Admitted *Pro Hac Vice*)
Ameer Gopalani (Admitted *Pro Hac Vice*)
The Volkov Law Group, LLC
2200 Pennsylvania Avenue NW
Washington, D.C. 20037
jsanderson@volkovlaw.com
agopalani@volkovlaw.com

Mark P. Gagliardi (#6819)
Law Offices of Mark P. Gagliardi
56 Pine Street, Suite 200
Providence, RI 02903
Tel: (401) 277-2030
mark@markgagliardilaw.net

Dated:  July 6, 2023

/s/ Steven M. Richard
Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: 401-454-1020
srichard@nixonpeabody.com

Dated:  July 6, 2023

4824-4329-7777.1

2