## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **LOUIS KWAME FOSU,**<br>        *Plaintiff,*<br><br>vs.<br><br>**UNIVERSITY OF RHODE ISLAND, et al.,**<br>        *Defendants.* | C.A. No. 21-00279-JJM-PAS |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to R.I. Gen. Law §9-3-1 *et seq*, Michael Volkov, Esquire, on behalf of The Volkov Law Group PC, prior counsel to Plaintiff Louis Kwame Fosu, hereby sets forth notice of an attorney's lien in the above-referenced actions in the amount of $966,948 for legal services and for $32,293.46 expenses incurred, respectively, for legal services provided to Plaintiff Louis Kwame Fosu.

                                                                        Respectfully Submitted,

                                                                                  /s/
                                                                        Michael Volkov, Pro Hac Vice
                                                                        The Volkov Law Group PC
                                                                        1015 15th Street, N.W.
                                                                        Washington, D.C. 20005
                                                                        (240) 505-1992
                                                                        mvolkov@volkovlaw.com

                                                                                  /s/
                                                                        Mark P. Gagliardi (#6819)
                                                                        Law Office of Mark P. Gagliardi
                                                                        56 Pine Street, Suite 200
                                                                        Providence, RI 02093
                                                                        (401) 277-2030 (office)
                                                                        (401) 487-6666 (mobile)
                                                                        mark@markgagliardilaw.net

November 9, 2023

1

## CERTIFICATION

The undersigned hereby certifies that this document has been filed electronically on this **9**th day of November, 2023 and is available for viewing and downloading to the ECF registered counsel of record:

Steven Richard, Esq.
srichard@nixonpeabody.com

/s/ Mark P. Gagliardi
Mark P. Gagliardi
