UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LOUIS KWAME FOSU,
Plaintiff,

v.

THE UNIVERSITY OF RHODE ISLAND; THE UNIVERSITY OF RHODE ISLAND BOARD OF TRUSTEES; DAVID M. DOOLEY, President; DONALD DEHAYES, Provost and Vice President of Academic Affairs; and JEANNETTE E. RILEY, Dean, College of Arts and Sciences, *in their individual and official capacities*,
Defendants.

C.A. No. 21-279-JJM-PAS

**ORDER**

Before the Court are six motions by Plaintiff Louis Kwame Fosu, arising out of his lawsuit alleging employment discrimination at the University of Rhode Island. ECF Nos. 47, 48, 53-56. The Defendants object to all the motions and allege that that motions "seek no relief from the Court and have been filed solely as his means to engage in a public attack against Defendants, their counsel, and others. The URI Defendants request that the Court address Plaintiff's misuse of the Court's docket." ECF No. 57 at 1.

The Court agrees with the Defendants. The motions not only request no proper court relief, but they are also scurrilous and inaccurately describe defense counsel's

conduct in this litigation, which this Court has seen to be nothing but professional, ethical, and proper.

The Court DENIES the Motions and orders them placed under seal. ECF No. 47, 48, 53-56.

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*

John J. McConnell, Jr.
Chief Judge
United States District Court

January 19, 2024