# COMPLAINT

**for**

# CORRUPTION AND GROSS JUDICIAL MISCONDUCT

**Filed Against**

**Chief Judge John McConnell**

**United States District Court for the District of Rhode Island**

**********************

***Filed by:***

**Prof. Louis Kwame Fosu**

**Plaintiff**

**Louis Kwame Fosu v. University of Rhode Island**

**Case # 1:21-cv-00279-JJM**

*******************

***Submitted to:***

**Susan J. Goldberg**

**Circuit Executive**

**United States Courts for the First Circuit**

**John Joseph Moakley U.S. Courthouse**

**1 Courthouse Way, Suite 3700**

**Boston, MA 02210**

***TABLE OF CONTENTS***

***COMPLAINT: CORRUPTION & GROSS JUDICIAL MISCONDUCT AGAINST JOHN McCONNELL***


| **TITLE** | **PAGE** |
|---|---|
| **(A) INTRODUCTION** | 1 |
| **Judicial Misconduct Complaint** | 1 |
| Clear Cogent and Convincing Evidence of fraud | 2 |
| Impact of President Trump DOJ Prosecutions | 3 |
| BLM's Mark Fisher GoLocalProv & NYT articles | 3 |
| President Trump's Social Policy with African-Americans | 3 |
| **(B) ABRIDGED FACTS ABOUT LOUIS KWAME FOSU CASE** | 4 |
| Job Offers to Entice Fosu's Integrity to a Compromise of Silence | 6 |
| **Motion to Dismiss and Responses** | 7-8 |
| **(C) BRIEF BACKGROUND: STEVEN RICHARD TO SUBORN PERJURY** | 8 |
| URI Employee Race Data | 9 |
| **Who are the Solicitors involved in URI Criminal Conspiracy?** | 10 |
| **URI's Risk Manager Warns URI General Counsel** | 11 |
| URI is an Untouchable Quasi-Criminal Racketeering Enterprise | 11 |
| **(D) COURT DENYING MOTION BECAUSE RELIEF NOT GRANTED IS NEITHER A COMPELLING NOR LEGITIMATE REASON TO SEAL ALL PLAINTIFF MOTIONS** | 13 |
| **(E) MOTIONS FILED BY PLAINTIFF PROF. LOUIS FOSU LEADING UP TO CHIEF JUDGE JOHN MCCONNELL'S GROSS MISCONDUCT** | 17 |
| ECF 46 | 17 |
| ECF 47 | 19 |
| ECF 48 | 19 |
| ECF 53 | 19 |
| ECF 54 | 20 |
| ECF 55 | 21 |
| ECF 56 | 21 |
| **(F) DISCUSSION OF MCCONNELL'S CLOSE FRIENDSHIPS AND CLOSE DEMOCRATIC PARTY RELATIONSHIPS INFLUENCING & PERTINENT TO CHIEF MCCONNELL'S BIASED SEALING OF ALL MOTIONS** | 22 |

***TABLE OF CONTENTS***
***COMPLAINT: CORRUPTION & GROSS JUDICIAL MISCONDUCT AGAINST JOHN McCONNELL***


| TITLE | PAGE |
|---|---|
| ECF 58 | 22 |
| Deliberately Misrepresented Facts | 22 |
| **NINETEEN OUT OF MORE THAN TWO DOZEN URI VICTIMS**: **NAMES DELIBERATELY SEALED BY CHIEF JUDGE MCCONNELL** | 24-25 |
| **SENATOR WHITEHOUSE** GETS PRESIDENT OBAMA TO APPOINT **NERONHA AS US ATTORNEY AND MCCONNELL AS CHIEF JUDGE**, BUT **BLOCK APPOINTMENT MADE BY CIVIL RIGHTS ICON DR. BERNARD LAFAYETTE FOR FOSU TO LEAD URI PEACE AND NONVIOLENCE CENTER** | 25 |
| **SENATOR SHELDON WHITEHOUSE GOT HIS** BENEFACTOR MCCONNELL APPOINTED CHIEF JUDGE | 25 |
| **AG PETER NERONHA SUGGESTS FOSU CALL 9–1–1** FOR HELP | 26-27 |
| **A PATTERN AND PRACTICE OF PROTECTING CORRUPT JURISTS** | 27 |
| Democratic Party Operative Protected | 27 |
| Anthony Silva, John Cicilline white-glove treatment By Chief Judge John McConnell & Peter Neronha | 28 |
| CNN's CHRISTIANE AMANPOUR AND JOHN KING | 28 |
| **(G) ARGUMENT – FACTS AND MANNER OF CHIEF JUDGE MCCONNELL'S JUDICIAL MISCONDUCT** | 29 |
| I. Evidence of Falsification of Facts and Intentional Omission of Material Evidence **ECF 48** | 29 |
| For The Purpose of Providing Plaintiff Ability And Equity to Sign with A New Attorney | 29 |
| NAACP – MICHAEL VOLKOV and JESSICA SANDERSON | 31 |
| II. Evidence of Falsification of Facts and Intentional Omission of Material Evidence FERPA Motion **ECF 47** | 32 |

***TABLE OF CONTENTS***

***COMPLAINT: CORRUPTION & GROSS JUDICIAL MISCONDUCT AGAINST JOHN McCONNELL***


| TITLE | | PAGE |
|---|---|---|
| III. | Evidence of Falsification of Facts and Intentional Omission of Material Evidence **ECF 53** | 34 |
| IV. | Evidence of Falsification of Facts and Intentional Omission of Material Evidence **ECF 54** | 37 |
| JOHN MCCONNELL AS FEDERAL JUDGE BETRAYED PUBLIC TRUST | | 38 |
| CHIEF JUDGE JOHN MCCONNELL CANNOT REMAIN JUDGE ON THIS CASE 21-00279-JJM | | 38 |
| **AN EXTENSIVE LIST OF STEVEN RICHARD'S FRAUDULENT & MISLEADING CONDUCT AS DEFINED IN 18 USC § 1515(A)(3)** | | 39-40 |
| **HI-TECH LYNCHING OF CLARENCE THOMAS BY PRESIDENT BIDEN FEMINISTS SILENT ABOUT BIDEN'S EIGHT SEXUAL ASSAULTS?** | | 39-40 |
| A LIST OF JOBS URI OFFERED FOSU | | 42 |
| EVIDENCE OF PROFESSOR FOSU'S CHARITABLE EMPATHETIC, ETHICAL & LOVING CONDUCT TOWARD STUDENTS | | 44 |
| CHIEF JUDGE MCCONNELL HAS UNLAWFULLY SEALED AND SUPPRESSED THIS AND ALL EVIDENCE IN PLAINTIFF'S MOTIONS | | 44 |
| ADDITIONAL EVIDENCE THAT PROFESSOR FOSU IS COLLEGIAL RELATIONAL, RESPECTFUL, AND DID NOT DISRUPT UNIVERSITY OPERATIONS | | 47 |
| PROFESSOR FOSU RECOMMENDED AND HANDPICKED BY DR. BERNARD LAFAYETTE TO HEAD THE CENTER FOR NONVIOLENCE AND PEACE STUDIES | | 47 |
| AN EMAIL FROM DEAN RILEY FOR BEING LATE TO CLASS | | 48 |

***TABLE OF CONTENTS***

***COMPLAINT: CORRUPTION & GROSS JUDICIAL MISCONDUCT AGAINST JOHN McCONNELL***


| TITLE | PAGE |
|---|---|
| URI'S FAKE "NATIONAL CANDIDATE SEARCHES" FOR JOBS | 49 |
| DEAN JEANNETTE RILEY'S LOVER KATHLEEN TORRENS SELECTED TO BECOME ASSOCIATE DIRECTOR | 49 |
| ERUDITE BLACK AMERICANS REJECT AFFIRMATIVE ACTION | 51 |
| **(H) CONCLUSION** | 52 |
| PETITION FOR ARTICLE III IMPEACHMENT WILL BE FILED | 54 |

## (A) INTRODUCTION

**The First Circuit has the jurisdiction to review this complaint for corruption and gross judicial misconduct filed against Chief Judge John J. McConnell.** ***(See Argument detailed on page 29)***

This judicial complaint to the First Circuit, should not be misconstrued as an appeal to review the judge's biased, deceptive, scurrilous and mala fide ruling on January 19, 2024 (see ECF 58). **Chief Judge McConnell's biased *mala fide* ruling should stand as is.** Plaintiff will file an immediate comprehensive appeal to First Circuit after the completion of the perfunctory civil trial, which is now pending in Rhode Island.

This judicial misconduct complaint originates from Louis Kwame Fosu v. University of Rhode Island (URI) a public university, Case # 1:21-cv-00279-JJM. This case involves multiple constitutional violations, Title VII civil rights violations, and defamation. Whistleblower Professor Louis Fosu is a *pro se* Plaintiff in a protected class. Defendants: URI's Margo Cook, David Dooley, Donald DeHayes, and Jeannette Riley are advised by several solicitors, and represented in federal court by lead counsel Steven Richard, who is a partner with Nixon Peabody – a structurally racist white-shoe law firm, which similar to URI excludes African-Americans from the highest executive leadership positions of governance and management.

Chief Judge John McConnell's biased, mala fide, deceptive ruling is a deliberate attempt to conceal abiding friendships and loyalties to prominent politicians named in Plaintiff's motions. John McConnell's deceptive biased ruling conceals his diverse conflicts of interest, and also covers up a wretched history of his Democratic friends who have condoned and participated in abject racial abuse. Those close friends of Chief Judge McConnell will be subpoenaed as witnesses as clearly detailed in Plaintiff's sealed motions by John McConnell. One example is Sheldon Whitehouse who from the time he was U.S. Attorney to present day U.S. Senator, Sheldon Whitehouse has protected the racist only-white leadership at URI as passionately as he protects the Whitehouse family's whites-only country club – where Professor Louis Kwame Fosu is not welcome as a member. These friends of Chief Judge McConnell are vehement genteel racists at their apogee of power in the Democratic party. I am about to expose them in this trial, and no judge can intimidate me into silence with bogus biased and scurrilous rulings. ***(See page 22 for details about John McConnell's corrupt & racist close friends).***

Philosophically, Americans, through ritual and manner, perceive officers of the court, solicitors and especially judges as august pillars of integrity who obey laws. Courts in the United States are the **only** venue where highly contentious

grievances are settled between antagonistic parties who **publicly attack each other**, without any physical violence. In democratic pluralistic societies, without *de jure* caste systems, courts are the venue where citizens and denizens who are plaintiffs or defendants present their arguments to establish **factual truth** supported with **relevant evidence** to prove or disprove facts, in accordance with FRE 401.

On October 8, 2023, Plaintiff rejected a settlement offer and opted for a trial, so he has the opportunity to question and document testimony of the liberal PhDs, fraudulent jurists, and corrupt Democratic party officials, who are perpetrators and active participants in a deliberate conspiracy of hate to dehumanize and silence Plaintiff, who is an erudite Black professor advocating for the advancement of especially African-Americans with lineage to slavery. Not a single Black person in Rhode Island has managed to bring a successful case against the all-white corrupt URI leadership, since the public university was founded in 1892 four years before the Plessy decision. ***Plessy v. Ferguson*** (1896) legitimized Jim Crow racism, which was an ***intellectually dishonest*** legal ruling to enshrine a culture and legalized the doctrine of a ***Separate but Equal*** caste system in America, which still remains the unspoken and disguised *de facto* state of affairs in Rhode Island. Similarly, Chief Judge John McConnell's ***intellectually dishonest ECF 58 ruling***, disguises his true intentions that perpetuate an institutional culture of corrupt Democrats who act with blind cruelty and impunity, while inflicting debilitating racial abuse on Plaintiff and his community who are relegated to a *caste noire des indésirables* in our blue state of Rhode Island.

Louis Kwame Fosu has presented **clear**, **cogent**, and **convincing** evidence of **Steven Richard's extensive fraud** and **misleading conduct** in Chief Judge John McConnell's federal court. However, to deceptively protect his friend Steven Richard and other prominent democrats detailed in Plaintiff's documents and motions, Chief Judge McConnell suppressed all evidence and sealed ALL Plaintiff's motions – this was done *without* communication of notice of hearing, *without* legal explanations, *with* a deliberate falsification of facts, and *with* an intentional omission of facts to vouch for the integrity of Steven Richard who lies in court and whose conduct is *politely* ***unprofessional*****,** *politely* ***unethical*****, and** *politely* ***improper*** in McConnell's federal court.

Plaintiff has documented the deliberate exclusion of extraordinary African-Americans *especially with lineage* to slavery and Native-Americans from all leadership positions, since the University of Rhode Island was founded, in a liberal "free state" in New England. Historical data reveals that Newport, Rhode Island was in fact the primary port of slavers, with the Browns at the helm shipping slaves from Africa. It is the exploitation of slaves in Rhode Island that created the Brown family wealth and built Brown University; it is the exploitation of slaves in Rhode Island that built URI and our capitol Providence. Facts that Democrats want to only

falsely attribute to red states, and certainly do not want to hear from an uppity Black URI professor, who speaks with a pristine soul and lives a purposeful life of love, with an accountability to truth, and in atonement for his privileged life as a direct descendant of cruel Ashanti slave traders. A URI professor who with courage elucidates the *progressive* linear progression from slavery to insidious racist social policies destroying Black lives, destroying Black families, destroying Black communities, while wearing down the Souls of Black folk who still manage to forgive and rise up with love from abject despair, and still hope for a more equitable America. Destructive racist social policies advanced with a gentle face of benevolence by corrupt Democratic levers of power.

With the imbroglio of lawsuits persecuting President Trump (and prosecutions of lawyers who misrepresented facts about the election), Black Americans are witnessing a stark *pattern and practice* of double standards in the Democratic Party. A highly weaponized DOJ is targeting and persecuting everything Republican that moves, while Democrats cover up outrageous crimes with impunity, including filming homosexual porn in the United States Senate. Ironically, the Trump *persecutions and overkill,* clearly visible to Black Americans, has garnered the empathy of Black men who especially suffer Trump's fate in Rhode Island courts and in many blue states in America. ***President Donald Trump is now reaping what would have been considered unlikely support propelling a shift to the Republican Party from Black men – even from those of us considered BLM advocates***. We observe and empathize with a man battling for his dignity against an appallingly corrupt legal system controlled by powerful Democrats. *See GoLocalProv article*. **This increased support for President Trump, from Blacks such as BLM leader Mark Fisher who persuaded Prof. Louis Kwame Fosu to join his team to help craft policy** (both previously supported Democrats), is a growing phenomenon against the backdrop of severe neglect, benevolent oppression, and systematic marginalization of Blacks by the Democratic party. *See New York Times article.*

**BLM's Mark Fisher and Professor Louis Fosu explain**, "Education is our most important asset to help us rise out of poverty. However, Black students are the least likely to graduate from college—not due to a lack of intelligence, but due to a lack of funds most Black students have to work to help their families. Other issues are Democratic neglect and supporting bad policy. For example, in ***Washington DC public schools, controlled by Democrats for generations, only 19 percent of students were proficient in Math, and only 31 percent proficient in English (as of 2022)*** – President Donald Trump recognizes that President Biden and Democrats have completely failed African-Americans. President Trump is fighting a corrupt system he knows best...Trump's fight is not against us [Black Americans]. Trump's support for Blacks is evidenced as follows: **President Trump signed the most comprehensive criminal justice legislation the *First Step Act***. Furthermore, **President Trump directed his Education Secretary Betsy**

**DeVos to forgive $300 million in federal relief loans** that four historically black colleges borrowed to keep their doors open. In 2017, **President Trump increased support for the *Strengthening Historically Black Colleges* program** from $245 million to the highest level $325 million. **President Trump also signed the *Future Act* for $255 million in annual STEM funding for minority-serving colleges, including $85 million to HBCUs** working for the dignity of African Americans."

This case is a fight for our dignity. Especially the dignity and respect of African-Americans with lineage to slavery, who are recklessly abused and excluded from jobs they are more than qualified for at a **public university** that receives federal funding (University of Rhode Island). Louis Kwame Fosu is fighting a deeply entrenched ethos of corruption and a culture of laissez-faire racism supported by Attorney Generals, Governors, Congressmen, U.S. Attorneys and Judges – all Democrats – who ignore every complaint of abject racial abuse and racial violence made by Blacks seeking redress.

No amount of pressure and intimidation from Chief Judge John McConnell, a superficially benevolent judge appointed by President Obama, will prevent Plaintiff from filing the remaining three lawsuits for conspiracy and fraud against friends of Chief Judge McConnell who are egregiously corrupt Rhode Island solicitors and have aided and abetted URI in a criminal conspiracy to suborn perjury, and a conspiracy to fraudulently violate constitutional rights to unlawfully terminate Louis Kwame Fosu who is an exceptional professor of truth, love and justice.

## (B) ABRIDGED FACTS ABOUT LOUIS KWAME FOSU CASE

Plaintiff was hired at URI in December 2018, first as a Visiting Professor and then a Professor of Practice in the Political Science Department. Louis Kwame Fosu was highly respected and loved by students, faculty, and his Department Chair. Additionally, students frequently approached Plaintiff lamenting about endemic racism on campus. Examples are: Leila Cox URI Student President, Austyn Ramsey URI Student President, Mitchell Asante, and Michael Avant.

Louis Kwame Fosu was hired to teach the following courses and designed all the curricula for URI students: **Leadership for Social Change** (HDF 414), **Human Rights, Social Justice Advocacy & Civic Engagement for a More Equitable Society** (HPR 224G); **U.S. Constitution and Supreme Court** (PSC 371)**;** **Nonprofit Management, Administration and Ethics** (PSC 582); **American Government Examining Institutional Power, Checks & Balances** (PSC 312); **United Nations Sustainable Development Goal 4** (GCH-l0l Honors Program); and **Establishing Structural Diversity in Institutions: Civil Rights Policy in Practice** (HPR 401). Plaintiff's classes were in such "massive demand" by students

that Political Science Department Chair, Marc Hutchison met with Professor Fosu to discuss increasing the number of class sections permanently for Fall of 2021, before finalizing the schedule.

Professor Fosu's classes may have official sounding names above, but at their core are designed to coach students while nurturing truth with evidence; love and compassion; freedom of speech without censorship except when true threats could lead to imminent fatality; and most important to inspire students with the ability to think for themselves with a critical consciousness to preserve life while advancing humanity with nonviolence. His classes also examined the impact of law and policy on the black race. There was no clause in Professor Fosu's contract that required him to refrain from using Democrats protecting URI as a glaring real-world example of abject structural racism, and endemic oppression of black and brown people in our blue state of Rhode Island.

To date after three years of dehumanizing racist tropes during litigation, there is still not a single original email that URI has been able to produce regarding a complaint about Plaintiff that warranted a sudden termination. This is the ONLY original email "purportedly" from a Political Science department student, which is a complaint about being late. Being late to class only once that semester required the full attention of a racist Dean, **but not a word from Plaintiff's Department Chair Marc Hutchison**, which indicates Marc was a reluctant participant in this conspiracy. That fact was detailed in Plaintiff's motion to court with the following:

> Marc Hutchison [Pol Sci Dept Chair] is a Harvard Business Review textbook example of how an empathetic insightful leader in an organization, who does not have a racist bone in his body, can be corrupted and coerced by senior leadership to act unethically against his own good judgment and values. In this URI case, Senior Leadership beginning with President DeHayes, Provost Dooley and Dean Riley have for over a decade, diligently, forcefully and successfully, ploughed fertile furrows of corruption that have germinated and sustained an authoritative racist work culture and ethos of fraud at URI, as evidenced by the *egregious improprieties* of all URI's General Counsels and External Counsel Jeffery Michaelson, who are officers of the court. Their testimony during depositions revealed an appallingly high level of incompetence and unethical conduct by the URI legal team. See ECF 48

Plaintiff sought out Dr. Christopher Hunter, the leader of a black affinity organization on campus called FSAAD. Prof. Hunter has worked at URI for over twenty years, and with data and graphs on PowerPoint, Christopher Hunter gave Prof. Fosu his first briefing about debilitating racism on URI's campus. Prof. Hunter persuaded Prof. Fosu to join FSAAD, and Hunter explained that FSAAD could

benefit from his civil rights expertise to help change things on campus. Professor Hunter did not expect that Plaintiff would get to work immediately. Plaintiff is not in the business of complaining and talking forever about issues – Fosu is a consummate strategist and has won every policy campaign in which he is involved.

**In 2019**, less than a year at URI, Professor Fosu had observed two extraordinary candidates suffer egregious discrimination and their jobs systematically derailed by Kathy Collins, Vice President of Students, conspiring with Mary Grace Almandrez (CDO). The highly brilliant candidates were Dr. Harry Alston–*Black American with a lineage to slavery*, and Dr. Sylvia Spears–*Native-American who resides in Narragansett, Rhode Island*. This shocking abuse with impunity led to conversations with FSAAD and Prof. Hunter and subsequently the formation of the Diversity Think Tank with two URI students (see page 13), a faculty member and her husband. Black professors were too afraid of retaliation by URI to join the Diversity Think Tank publicly. Subsequently, the Declaration of Diversity was published. On February 13, 2020, Plaintiff sent this letter to the incompetent CDO Mary Grace Almandrez. The problem with *virtue signaling* Democrats and white PhDs is they point fingers, but cannot accept being called out as racists even when proven with a mountain of evidence. *Excerpt of Fosu letter to Almandrez below:*

> I demonstrate to my students that having competent, erudite judges and administrators does not equate to fair, equitable or just policy decisions in structurally racist institutions. And that is the very reason why diversity is essential in all modern institutions, especially education institutions seeking equity and social justice. I teach students that inequitable institutions and societies that lack diversity invariably create unjust laws and policies detrimental and harmful to marginalized people and communities and ultimately detrimental to our future—it does not matter how competent, intelligent or personable those at the helm appear to be. (See page 4 *Letter dated 2-13-2020, to Mary Grace Almandrez – URI's incompetent CDO*)

After several job offers to entice Prof. Fosu's integrity to a compromise of silence, Plaintiff was fired after he refused to play ball and rejected URI's offers. Plaintiff was placed on "leave" on MLK day **January 18, 2021**. Then the conspiracy to fire Prof. Fosu was hatched with URI solicitors and senior leadership as active participants, coercing Department Chairs, Faculty and students to fabricate *bespoke* complaints *post facto*. Professor Fosu was eventually fired with a litany of dehumanizing defamatory accusations in this letter signed by Provost Donald "Bull Connor" DeHayes – *nicknamed Bull Connor because Provost DeHayes is the personification of the hate and suffering meted to Blacks at URI*. Unfortunately for co-conspirator Dean Jen Riley, Human Resources had to designate Prof. Fosu as an "employee in good standing" even at the time of his retaliatory and defamatory

firing by URI, because HR had no authentic and genuine written complaints about Fosu. Only post facto fabrications by co-conspirators.

**On January 20, 2021**, Michael Volkov sent notice to the University of Rhode Island indicating that he will be representing Plaintiff Professor Fosu.

**On February 5, 2021**, before Plaintiff Louis Kwame Fosu formally signed a representation agreement with the Volkov Law Group, Plaintiff who is always a meticulous and consummate public interest advocate who seeks diverse intellectual opinions and advice, arranged for his friend **Michael Volkov the former Judiciary Counsel for Republicans** to meet and discuss his URI case with his other friend **Keenan Keller the Judiciary Counsel for Democrats**. With the green light given from the analysis from both, Plaintiff prepared for a lawsuit.

**On June 29**, 2021 Plaintiff signed a formal agreement with the Volkov Law Group. In the course of litigation against the University of Rhode Island, Plaintiff signed additional agreements with two Rhode Island solicitors: Carly Beauvais Iafrate on June 29, 2021, and with Mark P. Gagliardi on January 26, 2022. One counsel turned out to be wholly corrupt (Iafrate) and the other highly unethical (Gagliardi).

**On July 21, 2021** Fosu filed a complaint in Federal Court; and on **July 7, 2023** an Amended Complaint.

**On August 21, 2021**, Steven Richard filed a Motion to Dismiss where Richard knowingly and deliberately filed a court document littered with lies, fabrications and racist tropes without any evidence thereof. This was solely a means for Steven Richard to engage in a systematic public dehumanization of Plaintiff; thereby, facilitating the academic lynching of an exemplary Professor with a pristine soul, who only lives to share happiness and serve his community. URI's Motion to Dismiss did not even challenge Prof. Fosu's First Amendment claims, because it was a clear violation – *but URI knew the fix was in.*

**On 9/30/2021,** Plaintiff filed a response to URI's Motion to Dismiss (MTD).

**On August 8, 2023**, Plaintiff turned down a settlement offer, because a trial is the only legal arena to question all perpetrators of this criminal conspiracy in court, and expose the close-knit corrupt political levers Democrats have utilized to sustain a perpetual and deplorable state of systemic racism at the University of Rhode Island (URI).

**On October 30, 2023,** Plaintiff received an email that Jessica Sanderson, who was Plaintiff's trusted, ethical and an extraordinarily brilliant counsel, was departing from the Volkov Law Group. Jessica Sanderson explained that due to her departure she could no longer represent Plaintiff, and it was her hope other attorneys at the

Volkov Group would continue to represent Plaintiff. With the departure of his lead counsel, Fosu had to represent himself temporarily as a *pro se* litigant – this information was communicated in motion ECF 46&48 to McConnell.

**On December 14, 2023,** Plaintiff filed his first pro se motion ECF 48 making a number of requests to Chief Judge McConnell and explaining the circumstances of why Plaintiff does not have an attorney and has to represent himself, and other issues as informed by court clerk Ryan Jackson.

**On December 17, 2023**, Plaintiff filed a FERPA motion ECF 47 to inform court that Steven Richard misled court about law, and also cannot use "FERPA" protections to deceptively conceal URI violations. Chief Judge McConnell ignored Prof. Fosu.

**January 4, 2024**, Plaintiff filed a bar complaint (ECF 56) against Steven Richard, and informed court that Plaintiff would soon file a lawsuit against Steven Richard, Nixon Peabody (including co-conspirator solicitors at URI), who under Title 18 U.S.C. § 1622 fraudulently aided and abetted URI in a criminal conspiracy to suborn perjury to unlawfully fire Plaintiff – who was only elucidating truth about endemic corruption and abject racism in his blue state controlled by Democrats.

**On January 19, 2024**, Chief Judge John McConnell orchestrated his biased, deceptive, scurrilous and mala fide ruling (ECF 58), which was a deliberate attempt to protect abiding friendships and loyalties to prominent politicians named in my motions and who will be subpoenaed during my trial.

**Denying a motion because the court cannot grant relief, is neither a compelling nor legitimate reason to seal all plaintiff motions.** Moreover, when sensitive data needs to be protected, any request to seal documents of party in a protected class, must be narrowly tailored to achieve the specific goal of only **excluding inadmissible evidence**, which can be achieved with a transparent public court hearing for Steven Richard to challenge the admissibility of plaintiff's material evidence pursuant to FRE 401.

## (C) BRIEF BACKGROUND OF CHIEF JUDGE JOHN MCCONNELL'S FRIEND STEVEN RICHARD AND URI SOLICITORS ENGAGED IN FRAUD AND CONSPIRACY TO SUBORN PERJURY

To understand this case it is important to know how corrupt solicitors such as Jeffrey Michaelson and Steven Richard, along with Nixon Peabody's governance team, conspired to act in concert with URI's leadership to collectively execute what ***writer David Horowitz terms an "academic lynching"*** – which is the modern-

day lynching and repression of erudite blacks or whites who speak up truthfully in liberal institutions in many blue states.

Professor Louis Kwame Fosu who is in a **protected class**, is the only professor in URI's history who has been fired and never informed of an alleged complaint before or after his firing. After nearly three years, neither Steven Richard nor Defendants have been able to point to any violation that warranted the firing of an exemplary Professor who was in good standing as signed by Leslie Pojda – URI Human Resources. **Employees are designated "in good standing" when there are no written documented complaints, no written documented warnings, reprimands, and no written documented disciplinary actions on record with the Human Resources department at UR**I. Steven Richard knew he had no evidence of any wrongdoing at the time Fosu was terminated.

**At the time Louis Kwame Fosu is fired, Steven Richard knew that Professor Fosu is**: **(i)** the only professor fired without ever being called to a meeting to discuss an alleged complaint. **(ii)** the only professor fired without ever being reprimanded or disciplined for any alleged complaint that was never discussed with him; and **(iii)** the only professor fired and after three years still not informed of an alleged complaint from a student or employee that warrants an immediate termination of employment; fired without ever being called to a meeting; and fired without ever being reprimanded or disciplined for an alleged complaint that was never discussed with him; **(iv)** fired to silence truthful speech about abject racism and pervasive corrupt hiring practices. Yet, Steven Richard deliberately omitted all those details from court pleadings to give the false impression that URI has a bona fide misconduct complaint against Plaintiff. When in fact evidence proves Louis Kwame Fosu is the most collegial, empathetic and loving professor who would just not play ball with racist university liberals who demonstrably have a deep resentment for African-Americans and exclude erudite African-Americans, Latinos and Native Americans from all leadership and other positions.

At URI, approximately **98 percent of the total number of faculty and administrators fired from URI or discriminated against at URI were Black or Brown as of 2021, when Plaintiff spoke out about discrimination. Yet less than 4% of all employees hired by URI are Black or Brown**. The Diversity Think Tank (DTT) counted and documented every single faculty member and academic administrator working at URI and embedded Excel data with photos and an analysis of URI Employee Race Data**.** The race data analysis accurately disaggregates African-Americans/Blacks with lineage to slavery from immigrant Blacks, who like the Plaintiff are first-or second-generation immigrants, and who have historically abused or supported the marginalization of African-Americans with lineage to slavery in the workplace.

**Who are the Solicitors involved in the URI Criminal Conspiracy?**
Solicitors who are co-conspirators in this crime against Professor Fosu, present themselves as pillars of Rhode Island society. **They are: Steven Richard** (lead counsel in federal court)**, Jeffery Michaelson** (lead investigator)**,** Matthew Bodah (solicitor Provost's office), **Louis Saccoccio** (General Counsel)**, Peter Harrington** (Deputy General Counsel)**, Alyssa Boss** who took over as General Counsel to continue URI's criminal charade after Saccoccio and Harrington resigned as General Counsels. Jeffrey Michaelson is a grossly corrupt, half-witted, lawyer, and friends with Provost Donald DeHayes, URI General Counsel Louis Saccoccio, Deputy Gen. Counsel Peter Harrington, and URI External Counsel Steven Richard. They were central to providing the deceptive appearance of legal credibility to the conspiracy to fire Professor Fosu. Jeffrey Michaelson is a highly incompetent solicitor (as deposition tapes will confirm when they are released to the public during trial). In spite of his incompetence, Jeff Michaelson was hired for his family name and connections to Democratic Party elites in Rhode Island. **No one in the Rhode Island court system questions an investigative report conducted by the son of former Rhode Island Attorney General Julius Michaelson – all friends connected to Peter Neronha and Sheldon Whitehouse and John McConnell.**

With all conspiring jurists in place, Professor Fosu was suddenly placed on leave in January 2021 while he was on Christmas vacation in the Caribbean. Jeffrey Michaelson then went to work seeking fabricated complaints in his role as the highly unethical corrupt investigator who has used his stamp of legal credibility to certify nearly every URI pretextual investigation involving an employee in a protected class. Imagine if one is a 17, 18, 19 or 20-year old student and one receives this email from a university lawyer. Would a reasonable student be intimidated and believe that the loving professor they admire, and respect had done something wrong? And, more importantly, when that student shows the email to a parent, would a reasonable parent believe the professor had done something wrong? Yes of course – even Plaintiff who is an astute skeptical high-level civil rights advocate would initially believe the school is investigating some legitimate wrongdoing. Even though nothing was further from the truth in this highly offensive and racist conspiracy forged by URI jurists to fire an exemplary professor.

While URI participated in a criminal conspiracy to fire Professor Fosu without a single documented complaint, other than being late for class, the following deviant white men and women, with multiple misconduct complaints, who have actually **abused**, **hurt**, **sexually violated underage boys**, or harmed **students**, and **faculty** at URI have never been placed on leave for an investigation or fired: **(i)** Pedophile Ralph Carlini teaching our kids psychology; **(ii)** Cruel abusers: Dean DeBoef, Prof. Ketrow, and Assoc Dean Roth; **(iii)** Homophobic bigot Donna Hughes; **(iv)** Abusive and sexist Dean Adam Roth; and **(v)** Racist & Sexist John Pantalone Harrington School of Media supported by Christiane Amanpour.

**URI's Risk Manager warns URI General Counsel**
Cynthia Stanton URI's former Manager of Risk Management will be subpoenaed to testify in court. Cynthia Stanton repeatedly warned URI General Counsel Louis J. Saccoccio and leadership not to fire Plaintiff because there was no evidence of wrongdoing and no complaints against Plaintiff. However, Louis Saccoccio and his co-conspirators ignored URI's Risk Manager because, the co-conspirators knew with certainty that the whole legal process is in fact "fixed" and after the public song and dance of ***perceived equity*** during legal wranglings from Motion to Dismiss, Summary Judgement and finally the Trial, URI's all-white leadership will finally prevail in court – no matter what evidence was produced by Plaintiff to prove URI's guilt. Rhode Island racketeers always win in Rhode Island Court – Chief Judge John McConnell should know about that fact – he was the King of Knowing in advance the outcomes of his cases when he was a trial attorney raking in millions to fund Democratic politicians.

Additionally, Louis Saccoccio also knows with certainty that Peter Neronha would never investigate any complaint made by a URI employee, ***because no Attorney General who is a Democrat and who expects to be reelected or have a sound political career, will dare expose the numerous fraudulent investigations conducted by the son of a beloved Attorney General Julius Michaelson.*** Subsequently, Cynthia Stanton was pushed out and her job was given to a conforming white person (paid a higher salary), because Ms. Stanton complained about inequities. In this email, Ms. Stanton discusses several issues including pay-increase disparities for the same job and pay-salary disparities for same job titles: https://diversitythinktank.flywheelsites.com/wp-content/uploads/2023/09/Cynthia-Stanton_Discrimination-Summary-2021.pdf

What the co-conspirators did not predict was that Professor Fosu would keep fighting for three years and reject a settlement, so that his case could be appealed to a High Court and permanently protect the First Amendment rights of Blacks who speak up courageously, truthfully and loudly accuse Democrats of egregious institutional racism and multiple cover ups of their endemic corrupt practices – even by a Chief Judge appointed by President Barack Obama.

An example of Steven Richard's blatant fraud is that he has evidence that two students, Michael Avant and Mitchell Asante, both above the age of 20 persuaded their professor Louis Kwame Fosu to start a project to expose and combat racism at URI. They are founding members as these documents prove on page 13 published on the Diversity Think Tank website. Mitchell Asante was suddenly provided URI scholarships and grants to graduate, and Michael Avant's mother Kamilah Avant was rapidly hired as a Diversity Dean working for none other than Dean Jeannette Riley who is a defendant in this lawsuit. Nothing Steven Richard has filed for URI is true – zero. **URI is an untouchable quasi-criminal racketeering enterprise**

**in Rhode Island run by soft-spoken PhDs, and their criminality is protected by powerful corrupt Democrats.**

The final step in URI's conspiracy was to activate their perennial immigrant enforcers. This gives the all-white progressive lynching of Professor Fosu in a university, the appearance of racial unity in lynchings. "Don't blame us white progressives running URI, it was our Black-*ish* and incompetent Chief Diversity Officer who approved the firing." Similar to a plantation management system during slavery, the all-white leadership at URI utilizes black immigrant employees as enforcers to berate, attack and intimidate black professors and students who speak up in support of dehumanized African-Americans on campus. At URI all main Black enforcers are all immigrants from Cape Verde and the Philippines, they have Spanish sounding names, but are neither Hispanic nor Latino. Their names are: **Mary Grace Almandrez** (Filipino) the affably incompetent Chief Diversity Officer who Professor Fosu forced out after detailing her incompetence and corrupt employment practices; **Michelle Fontes** (Cape Verdean) who has abused the civil rights of Blacks on behalf of Kathy Collins, with **Robert Oliveira** (Cape Verdean), and **Cory Fernandez** (Cape Verdean) who at the urging of URI's all-white leadership violated Fosu's First Amendment Right to peaceable assembly, by forcing him out of **FSAAD** an affinity organization for Black and Brown people, an organization that was finally taking actions against corrupt racist URI officials. All detailed in depositions and interrogatories that will be made public.

Steven Richard had Chief John McConnell seal all this evidence, because it proves that Steven Richard knowingly misled the court and knowingly filed perjured statements to win his case for his decrepit racist clients at URI. The latest target of the Cape Verdean-Filipino posse was a brilliant American who survived the genocide in Rwanda and now works to advance the cultures of marginalized people in America and advocates for brilliant African-Americans and Native Americans at URI. The Cape Verdean posse of immigrants came after him and even after documented complaints of violent threats Robert Oliveira still works in the culture center read it for yourselves: https://diversitythinktank.flywheelsites.com/wp-content/uploads/2023/08/Gmail-Jean-Nsabumuremyi-complaint-to-URI-2.pdf

The abovementioned Cape Verdean-Filipino immigrants are involved in recruiting and coercing students to provide false testimony against undesirable Black faculty and administrators (many who are Talent Development students receiving scholarship and do as they are told). **Sean Edmund Rogers** (Filipino & Black) who luxuriates in the favor of the all-white leadership, **is utilized less as an enforcer but more as a gentlemanly intermediary to reframe, rationalize and explain URI's civil rights abuses and discriminatory hiring practices** to the black employees. **A good description of Sean Rogers' actual job would be URI's Gaslighting Ambassador**, *to keep black employees silent about unethical labor and employment practices*. In turn URI's all-white leadership heaps every

possible job on Sean Rogers to demonstrate diversity in leadership. Sean Rogers, except for being a business professor, is certainly not the best qualified candidate for any of the administrative positions he has held and has failed miserably at each step. When teaching management classes, I use the *Peter Principle* to explain URI's all-white leadership continuously promoting incompetent blacks like Rogers and Fuentes to positions where they continue to fail in every position.

### (D) COURT DENYING MOTION BECAUSE RELIEF IS NOT GRANTED IS NEITHER A COMPELLING NOR LEGITIMATE REASON TO SEAL ALL PLAINTIFF MOTIONS

There are rules and procedures in American jurisprudence regarding sealing of motions, especially when sealing of motions significantly prejudices a party such as a *pro se* litigant in a ***protected class***.

**Below are general rules regarding sealing of motions that have been violated by Chief Judge McConnell to protect his friend Steven Richard and other high-level Democrats who are friends of McConnell detailed in Plaintiff's motions.**

- The party seeking to seal court records bears the burden of demonstrating compelling circumstances to justify restricting public access to the documents.

- **There must be a written finding of good cause to seal motions, complaints, or documents. For example, to protect vulnerable minors, abused victims, state secrets in FISA courts, confidential personal matters, sensitive personal data, informants who need protection from mob Rhode Island jurists such as Cicilline or Joseph Bevilacqua, etc.**

***Good cause means a sound basis or legitimate need to take judicial action to seal. Protecting reputations of parties accused of wrongdoing is not a legitimate need.***

- Before sealing a document, a judge shall balance and consider the interests of the public as well as of the parties.

- In contentious civil rights and constitutional cases that involve First Amendment issues of silencing speech, and Fourteenth Amendment issues of due process of law and equal protection of the laws, a court must provide reasonable notice and opportunity for all parties to be heard at a hearing before a document or motion is sealed. Plaintiff's case not only fits perfectly

in this category, but it is the only surviving case against a public institution in Rhode Island with over twenty years of documented racial abuse, repression and exclusion of African-Americans. This is the only case on its way to a full trial in Rhode Island Federal Court, then to the First Circuit and maybe Supreme Court. Plaintiff has a First Amendment right to speak courageously about corrupt racist Democrats. Democrats are not above the law.

**In addition to generally accepted rules above:**

- Motions and complaints should not be sealed if they contain material evidence that is primary evidence in **accordance with FRE 401**, and are motions filed **pursuant to Fed. R. Civ. P. 5.2**, meaning motions contain no sensitive data, no birth dates, no financial account numbers, no names of minors, no names of sexual assault victims, no names of confidential informants, no social-security numbers, no taxpayer-identification numbers.

- Moreover, Plaintiff's motions **contain no "state secrets" and truthful information revealed by Julian Assange, Chealsea Manning, or Edward Snowden** whose only intention was to protect our democracy and limit the abuse of government violating our Fourth Amendment rights with massive secret surveillance of Americans. While our Orwellian President Biden hypocritically pays tribute to Alexei Navalny as a man fighting for truth and free speech and correctly condemns Russian President Vladimir Putin, Biden's lawyers were in London only a couple of weeks ago still attempting to extradite a man of integrity like Assange to have him permanently silenced here in America.

**Moreover, when sensitive data needs to be protected, any request to seal documents of party in a <u>protected class</u>, must be narrowly tailored to achieve the specific goal of <u>only excluding inadmissible evidence</u>, which can be achieved with a transparent public court hearing for Steven Richard to challenge the admissibility of Plaintiff's material evidence pursuant to FRE 401.**

- Plaintiff's motions only contain narratives of accusers who unlawfully fired plaintiff, and witnesses who shall be subpoenaed as witnesses. Examples listed below:

  (a) Senior administrators and solicitors of a public university in Rhode Island.
  (b) Appointed public officials in Rhode Island
  (c) Appointed public university officials in Rhode Island who shall be subpoenaed as witnesses in litigation.

(d) CNN journalists and reporters (Christiane Amanpour and John King) affiliated with URI, who for pecuniary gain, continue to support fake journalism at URI and support Dean Jeannette Riley's deliberate exclusion of African-Americans from leadership positions at URI and the Harrington School of Media.
(e) Elected public officials in Rhode Island, all democrats and longtime friends of party operative Chief Judge McConnell.
(f) Faculty members from a public university in Rhode Island.
(g) Former administrators of a public university in Rhode Island.
(h) Former faculty members from a university.
(i) Former public university students who engaged in URI's criminal conspiracy to suborn perjury under Title 18 U.S.C. § 1622.

**Judges in the United States are not permitted to arbitrarily seal motions to protect their corrupt friends, colleagues and elected officials in their political party or for ideological notions not based in law**. Plaintiff knows he will not win his case in Rhode Island but has to go through a trial to appeal to the First Circuit. No Black person in Rhode Island wins a civil rights case against an abjectly racist public institution such as University of Rhode Island, or against powerful Democrats and their jurists manipulating law and suppressing evidence to protect their corrupt friends.

Imagine if Judges appointed by Democrats around the nation, **operated as unethically as Chief Judge McConnell**. For example, sealing all unfavorable motions that allege ***David Boies*** was intimidating witnesses and whistleblowers and eventually fired by New York Times as their external counsel for his unethical conduct. Or if Judges appointed by Republicans around the nation, operated **as unethically as Chief Judge McConnell**, they would be sealing all unfavorable motions that allege ***Rudolf Giuliani*** made misleading statements about the election. **Chief Judge McConnell is not above the law and should not be permitted to run a federal court the way he ran the Democratic party treasury, doling out favors and protecting his crooked friends while donating hundreds of thousands of dollars for his appointment as Chief Justice**.

If judges across our great nation were permitted to seal motions and vanish evidence, as is done by our Chief Judge John McConnell in Rhode Island, how would taxpayers and the public be informed of details about contentious cases, involving complex constitutional issues, which move slowly from state courts to the United States Court of Appeals and United States Supreme Court? For example: Dred **Scott v. Sandford** (1857), **Plessy v. Ferguson** (1896), **Korematsu v. United States** (1944), **Bush v Gore** (2000), and **United States v. Donald J. Trump** (2023, l:23-cr-00257-TSC not decided); and certainly, **Brown v. Board of**

**Education** (1954) which was a coordinated collection of five lawsuits against school districts in Kansas, Delaware, District of Columbia, South Carolina, and Virginia.

**Seventy years after *Brown v. Board of Education,* which cracked the edifice of Jim Crow segregation, we witnessed a new evolved "Jim Crow" with progressive subtle forms of repression and asphyxiation of rights in Rhode Island and many blue states.** Blacks are no longer lynched by hanging from trees. Blacks are now lynched at work fired for speaking truth about corrupt academic liberal institutions; Blacks are now lynched by wrongful convictions in Rhode Island, where corrupt prosecutors use their office to target "undesirable" citizens and denizens and suppress exculpatory evidence that exonerates Blacks and Latinos (all known to a silent DOJ that ignores complaints to keep a lid on fraud in a blue state). Similar to the Jim Crow era, racist derelict Attorney Generals in the blue state of Rhode Island, going back to Senator Sheldon Whitehouse, refuse to investigate or prosecute complaints of racial abuse. When the corrupt liberal supremacy of Democrats is threatened, judges such as John McConnell, and Attorney Generals such as Peter Neronha – *both Obama appointees* – collude and close ranks and suppress admissible evidence to protect their powerful corrupt friends and jurists.

It is not a Judge's role to protect corrupt litigators. Chief Judge McConnell deliberately suppresses material evidence, to protect solicitor Steven Richard who is a friend and colleague of John McConnell's at Roger Williams Law School. Steven Richard is very capable of challenging Plaintiff's facts, as Fosu stated in his FERPA motion ECF 47:

> Nixon Peabody is an international white-shoe law firm. **When Steven Richard and his team of attorneys find <u>one phrase</u>, <u>one sentence</u>, or <u>one paragraph</u> that they deem false in any document Plaintiff has written**, Nixon Peabody has the capacity and right to sue Plaintiff for defamation on behalf of every administrator, every faculty member, and every student at URI. **Any backdoor attempt by Nixon Peabody to silence Plaintiff will be rejected forcefully and publicly as Plaintiff is doing now**. (ECF 47 page 8, §16).

Slavery ended in 1865. Plaintiff and his marginalized, oppressed, community that suffer debilitating racism in the blue state of Rhode Island, are not chattel to Democrats who are manipulating law and the court process to abrogate free speech. Chief Judge McConnell should understand this with clarity: **Blacks are dignified men and women created in the image of God, with natural God given rights that are enshrined in the United States Constitution. Blacks have a <u>right to life</u>, liberty and the <u>honest</u> pursuit of economic freedom, without servitude to Democrats who attempt to silence ALL speech that exposes**

**their institutional racism, corruption and failed Democratic policies.** Insidious public policy that promotes fear and ignorance; insidious public policy that has relegated Blacks and Plaintiff to a *caste noire des indésirables* in blue states across this great nation.

**Even the respected Robert F. Kennedy Jr., the brilliant son of revered Robert Kennedy, is silenced by corrupt powerful Democrats in his own party**. This is America: not Ukraine, not Ethiopia, and not Senegal, not Cape Verde, and not the Philippines that simply pose as democracies – in America we have a **protected right** to speak truthfully – **except when it involves state secrets**.

## (E) MOTIONS FILED BY PROF. LOUIS FOSU LEADING UP TO CHIEF JUDGE JOHN MCCONNELL'S GROSS MISCONDUCT

Plaintiff is a *pro se* litigant who has never litigated a case in Rhode Island Federal Court. Plaintiff informed the court about that fact and the myriad reasons he needs to engage a new counsel as detailed in ECF 46/48 filed on December 14, 2023.

For students at URI reading this document, *Motions* function mainly as a means to: (1) communicate and inform court/judge about developments in a case; or (2) seek relief by requesting the court/judge for a specific action. **The fact that a motion is denied, is not a legitimate reason for a bona fide motion to be sealed.**

Before Plaintiff Louis Kwame Fosu filed his first pro se motion, he called Chief Judge McConnell's court for help regarding his PACER account authorization, and to explain his situation regarding why he suddenly did not have a lawyer. Louis Kwame Fosu was informed verbally on phone by **Ryan Jackson** (Chief Judge McConnell's clerk) to communicate with Chief Judge McConnell by filing motions or letters if Plaintiff needed to inform the judge about any matter. Our conversation was followed up with these emails from Ryan Jackson.

**ECF 46 was replaced by ECF 48 (with URI settlement offer redacted)**
After Plaintiff's conversation with Chief Judge McConnell's clerk, on December 14, 2023, Plaintiff filed his first motion ECF 46**,** which was sealed by the court and replaced by a redacted ECF 48 titled: **"*Plaintiff Motion Requesting That The Court Formally Terminate His Representation Agreement With Volkov Law Group, and Resolve Disputed Unaudited Portions of Legal Fees Paid to Carly Beauvais Iafrate (Principal Attorney at Law Office of Carly Beauvais Iafrate), and Mark P. Gagliardi (Principal Attorney at Law Office of Mark P. Gagliardi). For the Purpose of Providing Plaintiff the Ability and Equity to Sign an Agreement with a New Attorney.*"**

In a scheduled hearing on December 15, 2023, Steven Richard, URI's litigator, argued that Plaintiff's motion **ECF 46** violated mediation confidentiality, and violated FERPA law: https://studentprivacy.ed.gov/faq/which-educational-agencies-or-institutions-does-ferpa-apply. Plaintiff immediately objected to Steven Richard's misrepresentation in court and stated that he (Plaintiff), had not violated FERPA and should not be silenced for speaking truth in a court of law.

A law partner with over 20 years of legal experience regarding education matters, should know institutions that are bound by FERPA, and should also know that **FERPA cannot be used as a defense to deceptively *cover up* criminal fraud and criminal conspiracy to suborn perjury** under Title 18 U.S.C. § 1622, revealed in depositions after Plaintiff's case had already been filed.

Unfortunately, Plaintiff did not know he could not truthfully state the amount of the URI settlement he rejected on August 8, 2023. Therefore, on the issue of the settlement amount revealed in **ECF 46**, Chief Judge John McConnell explained that it is not his intention to silence Plaintiff; however, due to the fact that revealing the URI settlement offer is a violation, he would seal motion for the moment, and unseal after settlement amount is redacted. Plaintiff heeded judge's caution and filed a motion **ECF 48** with the settlement amount redacted.

At no point from the hearing on December 15, 2023 to January 19, 2024 did Chief Judge McConnell express any of the fabrications in his biased ruling ECF 58, which state that ALL Plaintiff's motions should be sealed permanently because:

> Motions seek no relief from the Court and have been filed solely as his means to engage in a public attack against Defendants, their counsel, and others... The motions not only request no proper court relief, but they are also scurrilous and inaccurately describe defense counsel's conduct in this litigation, which this Court has seen to be nothing but professional, ethical, and proper.

Chief Judge John McConnell orchestrated his incredulously repugnant biased court order to protect his friend Steven Richard, only after Plaintiff filed a bar complaint on January 4, 2024 (ECF 56) against Steven Richard, and informed court that Plaintiff would soon file a lawsuit against Steven Richard, Nixon Peabody (including co-conspirator solicitors at URI), who fraudulently aided and abetted URI in a criminal conspiracy to suborn perjury to fire Plaintiff. Professor Louis Kwame Fosu did not have a single written complaint filed with HR and is an employee in good standing.

The impact of Chief Judge John McConnell's highly biased and offensive ruling effectively grants absolute immunity to a fraudulent litigator Steven Richard, and successfully terminates **Plaintiff's First Amendment right** to truthfully speak

and file a complaint in McConnell's court about a corrupt solicitor with volumes of documented misrepresentations and fraud. This has a chilling effect on all whistleblowers from Plaintiff's black and brown community who bear the brunt of hate, racism and discriminatory terminations in the blue state of Rhode Island.

**ECF 47**

On December 17, 2023, Plaintiff filed a FERPA motion ECF 47 titled: ***"Plaintiff FERPA Motion: Steven Richard Misled Court and Cannot Plead "FERPA" Protections to Deceptively Conceal URI Violations. Plaintiff Welcomes a Nixon Peabody Defamation Lawsuit."***

Maybe the ethical practice of law in Rhode Island differs slightly from other jurisdictions, but Plaintiff believes that a *reasonable* jurist would agree that an opposing party has a right to file a *bona fide* motion informing court about repeated material misrepresentations of fact and law, which are ignored by Chief Judge McConnell.

**ECF 48**

On December 18, 2023, as discussed above under **ECF 46**, Plaintiff heeded Chief Judge's caution and re-filed motion **ECF 46 with the settlement amount redacted ECF 48 is titled: "Plaintiff Motion Requesting That The Court Formally Terminate His Representation Agreement with Volkov Law Group, and Resolve Disputed Unaudited Portions of Legal Fees Paid to Carly Beauvais Iafrate (Principal Attorney at Law Office of Carly Beauvais Iafrate), and Mark P. Gagliardi (Principal Attorney at Law Office of Mark P. Gagliardi). For the Purpose of Providing Plaintiff the Ability and Equity to Sign an Agreement with a New Attorney [Rejected Settlement Amount is Redacted]."**

**ECF 53**

On January 1, 2024, Plaintiff Louis Kwame Fosu filed **ECF 53** titled: **"*Plaintiff Motion in Response*** *to* Defendants' Motion ***# 50*** *in Opposition to Plaintiff's* ***FERPA Motion #48, Which Provides Evidence of Nixon Peabody Lawyer Steven Richard's Misleading Statements About FERPA and Other Fraudulent Misrepresentations in Court*"** This bona fide motion **(ECF 53)** was Plaintiff's comprehensive response to Steven Richard's motion ECF 50.

It may be the normal practice in Rhode Island for Black men to remain silent, in their assigned *undesirable caste of blacks*, and not to speak when falsely attacked by powerful corrupt white litigators who are friends with the Chief Judge. Fortunately, Plaintiff had a constitutional right to due process of law, and is permitted to file a comprehensive point by point response to an opposing party's motion laden with misrepresentations of facts.

Conclusively, in the United States of America, Plaintiff has a well-regarded protected constitutional right to file a comprehensive point by point response to an opposing party's motions. When the Supreme Court of the United States suspends Plaintiff's constitutional rights to: **(a)** Free speech, **(b)** due process of law, and **(c)** equal protection of the laws, ***it is only at that crucial point Chief Judge John McConnell can falsify facts of a case and selectively suppress ALL material evidence and seal ALL Plaintiff's bona fide court documents***, which detail fraud and dehumanizing racism at URI covered up by Democrats with power in Rhode Island. Until the Supreme Court rules to suspend rights of all Black men, Plaintiff's bona fide motion is *professional, ethical, and proper*, and a valid response to an opposing party's motions. ECF 53 is filed in accordance with FRE 401 and pursuant to Fed. R. Civ. P. 5.2.

**ECF 54**

On January 4, 2024, Plaintiff Louis Kwame Fosu filed ECF 54 titled: **"Plaintiff Motion Opposing** Defendants' Motion #51; **And Plaintiff Opposition to All of Defendants' Attempts to Seal Motions. Defendants Must Not Be Permitted to Conceal and Seal Truth Detailing Defendants' Fraudulent Misrepresentations, Perjured Statements and Conspiracy to Suborn Perjury in A Public Civil Rights Trial. This Is Not a Secret FISA Trial."**

Again, this bona fide motion **(ECF 54)** was Plaintiff's comprehensive response to Steven Richard's racist dog whistle motion **ECF 51** to Chief Judge McConnell. Let me humbly step out of my assigned caste of blacks, as an *undesirable* in Rhode Island, to reiterate that a *reasonable* jurist (which means jurists in other jurisdictions out of corrupt Rhode Island) would agree that opposing parties in a contentious lawsuit have a right to file a *bona fide* motion informing court about repeated misrepresentations of fact and law.

Parties in a lawsuit have a right to even question sexual relationships between prosecutors working on the government's dime as with Fani Willis and with Nathan Wade who are tainted yet prosecuting Trump and other attorneys accused of misrepresentations of facts – similar to corrupt Steven Richard. Why do corrupt jurists in blue jurisdictions and Democrats believe they are above the law and can act with impunity to cover up their corrupt practices, while pointing fingers at Republicans?

In the United States of America, Plaintiff has a well-regarded protected constitutional right to file a comprehensive point by point response to an opposing party's motions. When the Supreme Court of the United States suspends Plaintiff's constitutional rights to: **(a)** Free speech, **(b)** due process of law, and **(c)** equal protection of the laws, ***it is only at that crucial point Chief Judge John McConnell can falsify facts of a case and selectively suppress ALL material***

***evidence and seal ALL Plaintiff's bona fide court documents***, which detail fraud and dehumanizing racism at URI covered-up by democrats with power in Rhode Island. Until the Supreme Court rules to suspend rights of all Black men, Plaintiff's bona fide motion is *professional, ethical, and proper*, and a valid response to an opposing party's motions. ECF 54 is filed in accordance with FRE 401 and pursuant to Fed. R. Civ. P. 5.2

**ECF 55**

On January 4, 2024, Plaintiff Louis Kwame Fosu filed ECF 55 titled: **"**Plaintiff Motion in Response to Defendants Redundant Motion 52." This bona fide motion **(ECF 55)** was Plaintiff's response to Steven Richard's motion ECF 52 because McConnell had already ruled on these matters.

Plaintiff had intentionally stepped beyond the boundary of his *assigned dehumanized caste* of *blacks* in Rhode Island, and succeeded to expose and uproot the levers of power that sustain and protect abject racism at the University of Rhode Island. There is a repressive silence at URI, where over two dozen victims and complaints broil under the surface, yet not a single serious investigation or prosecution to protect those in a **protected class**. **These victims will be subpoenaed and await the opportunity to finally testify in court of their horror and abuse**.

**ECF 56**

On January 4, 2024, Plaintiff Louis Kwame Fosu filed ECF 56 titled: "***Plaintiff Motion Notifying Court of Bar Complaint Filed Against Nixon Peabody Lawyer Steven Richard for Aiding and Abetting URI's Conspiracy To Suborn Perjury, Fraud Upon The Court, and other Fraudulent Misrepresentations of Fact and Law.*"**

Plaintiff filed this bona fide motion (ECF 56), because Plaintiff is reasonable and had a duty to inform court that he filed a bar complaint, and will soon file a lawsuit for fraud naming Steven Richard, his firm Nixon Peabody and other URI solicitors. This will mean, similar to John Cicilline, another corrupt jurist who John McConnell supported, Steven Richard will be subpoenaed as a central witness to conspiracy and fraud at Plaintiff's trial. Therefore, the intent of my bona fide notice to court was to give the opposing party reasonable time to find a new attorney who had integrity before our trial begins. Plaintiff was only being **collegial, courteous and considerate**, **"professional, ethical, and proper**" because he wants a fair public fight for the dignity of African-Americans/Blacks abused and violated with impunity in Rhode Island.

Perhaps in Rhode Island courts, being a transparent, reasonable, litigant who speaks truthfully about corrupt jurists protected by Democrats, is frowned upon by

Judges. However, Plaintiff aligns his integrity with transparency and truth supported by admissible evidence—the foundation of American jurisprudence.

## (F) Discussion of McConnell's Close Friendships and Close Democratic Party Relationships Influencing & Pertinent to JOHN MCCONNELL'S BIASED SEALING OF ALL MOTIONS

To justify and rationalize his ruling to seal all Professor Louis Kwame Fosu's motions, Chief Judge John McConnell knowingly engages in a process of deliberate *falsification of facts* and an *intentional gross omission of material evidence* in his ruling. McConnell's biased ruling dehumanizes and defames Plaintiff Professor Louis Kwame Fosu as a means to legitimize sealing all Plaintiff's motions. The process collectively termed "*Niggerization"* by Black scholars – is when the collective dignity, humanity and constitutional rights of Black Americans, especially those with lineage to slavery, are devalued or eviscerated through the systematic abrogation of rights, manipulating law, policy or procedure. This is especially evident after the 1964 Civil Rights Act – *in a newly evolved disguised Jim Crow*. This is especially prevalent in blue states and in New England, as is the case of Rhode Island, where *polite* "have-a-nice-day" racism is executed with ruthlessness by well-mannered genteel liberals. **Such is the case of John McConnell appointed Chief Judge by President Obama, and Peter Neronha, also appointed by President Obama as U.S. Attorney, who is now our corrupt and derelict Attorney General.**

Chief Judge John McConnell's biased mala fide, and unethical ruling ECF 58, conceals Chief Judge John McConnell's latent and malicious intent to suppress material evidence, which is presented by Plaintiff to prove Steven Richard to be a fraudulent litigator in the University of Rhode Island v. Prof. Louis Kwame Fosu case. John McConnell and Steven Richard have been friends for over a decade, and also colleagues at Roger Williams Law School where they both teach and train students. Chief Judge McConnell knowingly vouched for Steven Richard a corrupt solicitor who has: **no integrity**, has deliberately **committed egregious fraud** in court, deliberately **misrepresented facts**, and continuously **misleads the court about FERPA law**, and other egregious **misleading conduct** as defined in 18 USC § 1515(a)(3).

**In addition to covering up fraud for a friend Steven Richard, Chief Judge John McConnell's biased ruling to seal all Plaintiff's motions, is intended to deceptively protect the impugned integrity of his friends who are influential Democrats detailed by Plaintiff in his motions.** These Democrats, many of whom are very close friends of Chief John McConnell, have been put on notice that they will be subpoenaed as witnesses, namely**:** Senator Sheldon

Whitehouse, Congressman David Cicilline, Attorney General Peter Neronha, Biden appointee Secretary Gina Raimondo, Biden appointee Cecilia Rouse (*URI Trustee who participated in the fraudulent conspiracy to fire Professor Fosu, and other egregiously discriminatory hiring practices at URI*). **These Democrats profess to protect African-Americans, and take an oath to honor, respect and protect the U.S. Constitution.** However, we bear witness to convoluted and irrational legal manipulations of the likes of John McConnell and his ruthless and *highly* corrupt clan of jurists with genteel manners, in our State of Rhode Island. The aforementioned Democrats have a long history of ignoring complaints of abject racial abuse brought to their attention, and a long history of *averting* and *subverting* criminal investigations that could help restore the dignity and respect for Blacks who suffer abject racism in silence in our blue state of Rhode Island.

Chief Judge John McConnell is not some banal academic or government bureaucrat who was appointed Chief Judge solely on his own merit. John McConnell is a **high level influential** democratic party operative in Rhode Island, where he long served as the treasurer of the Democratic Party war chest. John McConnell contributed close to one-million dollars to Democrats and to his buddy Senator Whitehouse whose unstated life's mission is to protect the "traditions" of his white-only country clubs and "traditions" of whites-only public universities in Rhode Island.

**For contributing nearly one million dollars to democrats, John McConnell was rewarded with an appointment by President Barack Obama after being recommended by McConnell's very close friend Senator Sheldon Whitehouse.** Senator Sheldon Whitehouse is not above the law, just as Senator Whitehouse insists when referring to President Trump. Sheldon Whitehouse will be subpoenaed by Plaintiff as a witness to answer questions on his corrupt and racist roles in thwarting DOJ investigations, condoning and directly supporting the abhorrently toxic and racist culture of fraud and deliberate exclusion of African-Americans at our flagship public university URI – all detailed in motions that his dear friend Chief Judge John McConnell has unlawfully sealed.

**John McConnell with Sheldon Whitehouse obstinately protect a long Family Tradition of Racist-Democratic-White-Liberals in Rhode Island. McConnell's ruling to seal ALL Plaintiff's motions perpetuates the racist tradition of protecting his family of Democrats who are the corrupt and repressive political soul of Rhode *Island*. Explained by Plaintiff in the following:**

Senator Sheldon Whitehouse, who was also both a State Attorney General and a US Attorney appointed by President Clinton, has "a Long [Racist] Tradition in RI," of protecting white supremacy in his family, and that protection of racism extends to the all-white URI leadership who have racially abused Blacks for decades, along with other URI employees in a protected class, and Whites who advocate for the

advancement of Blacks. Even when a Black policeman was shot dead in Rhode Island, Senator Sheldon Whitehouse could care less – Sheldon Whitehouse preferred to protect the image of the Democratic party run by Whitehouse's clan of racist white liberals.

One would think the NAACP should be incensed by this abject racism in Rhode Island. Instead, at the command of Democrats the NAACP drops lawsuits to protect multiple victims of racial discrimination and deliberate exclusion at URI. It is important for Black people nationally to know who Democrats truly are in spirit, ideology and policy. The NAACP is no longer the *independent* guardian organization that Blacks faithfully believe in to advance their social and political interests. The NAACP is controlled *lock, stock, and barrel* as a political appendage of the Democratic party; Blacks should know that the NAACP does not serve the Advancement of erudite Blacks and independent thinkers who reject Democratic propaganda and failed social policies. **The testimonies of victims who suffer Rhode Island's decrepit culture of hate and exclusion have provided testimony to Professor Fosu, and their courageous voices rejected by the NAACP will be heard in Congress**.

**Below are nineteen out of more than two dozen victims interviewed by Plaintiff.** These are victims whose intrepid voices of truth, as survivors of abject racial abuse and debilitating discrimination at URI, will be heard in federal court when they are subpoenaed to testify during Plaintiff's trial. Their names have been deliberately sealed by Chief Judge McConnell's ghastly ruling to conceal his family's tradition of racial abuse in Rhode Island:

Dr. Harry Alston (African-American male)
Dr. Sylvia Spears (Native-American female)
Dr. Shanette Harris (African-American female)
Dr. Vicki Sapp (African-American female)
Cynthia Stanton – (half African-American & half Native American female)
Jacqueline Britto (African-American/Black-first generation female)
Jean Nsabumuremyi (African-American/Black-first generation male)
Dr. George Gallien (African-American male)
Dan Persaud (South-Asian/Black male)
Ann Salzarulo (White female – who advocates for African-Americans/Blacks)
Andrew Winters (White-LGBTQ male – who advocates for Blacks and LGBTQ )
Dr. Donald Cunnigen (African-American male– paralyzed after a stroke suffered from fighting racism at URI)
Doug Tondreau (African-American male)
Dr. Yvette Harps Logan (African-American female)

Earl Smith III (African-American – male (deceased). He died still fighting for dignity for Blacks at URI, his testimony will be submitted)
Gerald Williams (Native American male)
Dr. John McCray (African-American male)
Jonathan Lewis (African-American male)
Dr. Ovetta Harris (African-American female)

The above-mentioned victims – *all in a protected class* – have suffered generations of wretched racial abuse and egregious discrimination at the University of Rhode Island. The abject racial discrimination they suffered spans the period **Sheldon Whitehouse was appointed U.S. Attorney by President Clinton, to Whitehouse's tenure as Rhode Islands' most racist Attorney General protecting his family's white-only institutions, to this current day when Senator Whitehouse made recommendations to President Obama to appoint Peter Neronha as U.S. Attorney (now Attorney General) and John McConnell as Chief Judge.** These racist white men manipulated and exploited **President Obama** for jobs that propelled them to the pinnacles of their self-serving careers. Yet, when an American Civil Rights icon, **Dr Bernard Lafayette**, on his own accord, **picked up his phone to call and offer Professor Fosu** as his choice to serve as **Director of the Peace and Nonviolence Center that Dr. LaFayette founded at URI**– the same racist white clan of progressives protected by McConnell-Whitehouse-Neronha colluded to block Professor Fosu's appointment recommended by a CIVIL RIGHTS ICON – a slap in the face to our dignity as Black people. Our Civil Rights icon Dr. Bernard LaFayette recognizes Louis Kwame Fosu as a selfless man of integrity whose happiness comes from others-centeredness. **Sheldon Whitehouse-John McConnell** are the **true face of institutional racism** in America, and are the guardians of the disguised evolved Jim Crow in our blue state of Rhode Island.

It is unlawful and **against the public interest** to seal motions to deliberately **conceal material evidence** of abhorrent racial discrimination in Rhode Island. It is unlawful and **against the public interest** to seal motions to deliberately conceal **material evidence and truth that elucidates harm**. It is unlawful and **against the public interest** to seal motions to deliberately conceal **material evidence and truth of abject racial discrimination**. It is unlawful and **against the public interest** to seal motions to deliberately conceal **material evidence and truth of actual criminal fraud**, it is **against the public interest** to *cover up* conspiracies of fraud that have occurred at URI for over two decades and covered up first by Sheldon Whitehouse when he was U.S. Attorney and subsequently State Attorney General; **to this current day when Senator Sheldon Whitehouse got his buddy and benefactor John McConnell appointed Chief Judge of Rhode Island Federal Court to effectively seal all Plaintiff's motions to protect their corrupt racist clan of Democrats.**

Black people are not supposed to still be *shucking and jiving* to survive debilitating hate of Jim Crow in 2024 Rhode Island. The perennial criminal conspiracies orchestrated by solicitors to cover up wretched racism at URI, which has been protected by Democratic attorney generals (Sheldon Whitehouse & Peter Neronha) and appointed judges (John McConnell), **shall end** with my unyielding ***campaign for dignity*** to restore respect to our cruelly oppressed Black community in Rhode Island. White people here excuse their discrimination and oppression as being *provincial* – not racist.

Senator Sheldon Whitehouse migrated from the state attorney general's office of Rhode Island to the U.S. Senate Committee on the Judiciary. Senator Whitehouse along with Chief Judge McConnell's other friend, Congressman David Cicilline who was on the House Judiciary Committee for nearly two decades, have been instrumental in subverting Congressional hearings, and thwarting DOJ investigations that could lead to prosecutions against corrupt racist URI administrators. Peter Neronha has followed the winning political strategy adopted by Democrats in Rhode Island, who like Senator Sheldon *peddles* racism to get elected.

Neronha, who is legendary for his prosecutorial misconduct, responds directly to complaints of racism if one is a "person-of-color", *usually meaning an immigrant*, who is connected and obedient to his Democratic party. DOJ Civil Rights Chief Kristen Clarke and US Attorney Zachary Anthony Cunha have been repeatedly informed of multiple crimes of racial abuse and Peter Neronha refusing to protect the constitutional rights of Blacks, but they act in concert with RI Attorney General Peter Neronha in omertá, to protect their family of corrupt Democratic party racketeers. Maybe **Jodi Cohen** the new **FBI Chief in Massachusetts**, who the Diversity Think Tank recently began to copy on all correspondence, can change this – we observe.

At URI and in Rhode Island, Blacks continue to suffer humiliating racial abuse, racial violence, Title VII discrimination, and Constitutional rights violations, with no relief in sight unless there is federal intervention from Congress or the Supreme Court to send a message to Democrats that Blacks are not chattel who can be abused for speaking truth and terminated with impunity.

**Below is an excerpt** from this embedded response to my complaint to the RI Attorney General. Peter Neronha will be subpoenaed to explain his dereliction of duty and with the support of the DOJ deliberately ignoring complaint after complaint to EEOC from Blacks who are harmed at URI.

> In your complaints you [Prof. Fosu] also allege that you have been a victim of criminal abuses in racial discrimination complaint… You indicate that you have filed a complaint with the FBI requesting that

> they investigate these emails. If you are not satisfied with the FBI's investigation of your complaint, **you may also file a complaint with your local police department or the Rhode Island State Police.** Should a law enforcement agency determine that sufficient evidence exists to bring criminal charges, they may refer the case to this Office for prosecution. **If you are concerned for your safety at any time, you should contact your local police department or call 9-1-1**."
> – an example of *Attorney General Peter Neronha's patent racist idiocy that devalues Black lives.*

Additionally, Peter Neronha's AG office is notorious for protecting corrupt self-dealing politicians, such as **Anthony Silva**, in our kleptocracy called Rhode Island. Instead of prosecuting **Anthony Silva for fraud and self-dealing**, Anthony Silva received the protected white-glove treatment of a "private investigation" conducted by AG Peter Neronha – to *cover up fraud* and protect Neronha's friend Democratic Governor McKee. The DOJ was informed but again took no action as usual. Additionally, prosecutors in Peter Neronha's office routinely suppress evidence that could exonerate the accused, which has led to numerous wrongful convictions of Blacks and Latinos. Again the DOJ is aware of this, but is silently protecting Rhode Island, where everyone from Dogcatcher to Governor is a Democrat. Recently, David Cicilline was appointed as Rhode Island Foundation President and Chief Executive Officer, and attempted to use an agency which is tasked to serve the public, as a democratic political piggy bank to raise funds for democratic operatives – Cicilline was halted when advocates intervened to stop this fraud. These are only a handful of examples of **deeply corrupt unethical democrats who have normalized and reframed the meaning of integrity and law** to mean **whatever benefits the corrupt and repressive political soul of Rhode Island.**

**A Pattern and Practice of Protecting Corrupt Jurists in Rhode Island:** Protecting corrupt solicitors and jurists in Rhode Island is a normalized **pattern and practice** of Chief Judge John McConnell, other Judges and the Disciplinary Counsel. For example, for many years Rhode Island prosecutors knew that a powerful jurist, **Chief Justice Joseph Bevilacqua was wholly corrupt**, but he **was another genteel Democratic party operative protected**. Joseph Bevilacqua, similar to John McConnell vouching for a corrupt jurist Steven Richard, would use his authority or the credibility of his office to vouch for corrupt friends. In one instance, Joseph Bevilacqua wrote to the parole board to vouch for the integrity of Mafia leader Don Raymond Patriarca.

Steven Richard is not the only fraudulent solicitor Chief Judge McConnell and other judges in Rhode Island have vouched for and proudly supported publicly. If one looks closely, it appears as if it is a badge of honor to support connected solicitors who commit fraud in Rhode Island. For example, Congressman David Cicilline's brother was arrested by the FBI, prosecuted by a US Attorney in Massachusetts

and convicted for multiple counts of perjury (***similar to multiple perjured statements knowingly filed by Steven Richard in McConnell's court to protect his racist URI clients***). Cicilline received help from John McConnell and other democratic party operatives in Rhode Island who vouched for the integrity of a felon John Cicilline. **Some of the same democratic operatives are weighing in heavily on Plaintiff's case now.** Even after a felony conviction for four counts of perjury, John McConnell with the help of other democratic heavy weights were able to maneuver, manipulate the law, and reinstate Congressman Cicilline's brother to practice law. **Yet, an exceptional Black Professor who is a victim of a retaliatory racist firing to silence him from speaking truth in a PUBLIC university, has still not been reinstated?** One must ask, how many African-American/Black attorneys with felony convictions for multiple counts of perjury have been reinstated to the Rhode Island Bar?

Similar to Anthony Silva, John Cicilline, convicted with **four felony counts for perjury**, received the **white-glove treatment from John McConnell** and jurists connected to the democratic establishment. However, an exemplary high-minded Black Professor who **courageously speaks truth with integrity about misleading conduct and perjured documents knowingly filed in court,** has all his **motions sealed and material evidence suppressed by Chief Judge McConnell** in a biased mala fide ruling to: (a) deliberately vanish material evidence proving fraud and misleading conduct; (b) protect fraudulent solicitors and corrupt politicians detailed in motions; and (c) shatter the credibility of a Plaintiff who is a whistleblower with absolute integrity.

One may ask where are URI resident journalists at the Harrington school of media? CNN's **Christiane Amanpour** and **John King** work closely with URI's Harrington Media School to cover up racial abuse at URI as they promote *fictional* journalism. Amanpour's *fictional* integrity mantra is "Truthful not Neutral", but as a journalist, she is in reality Untruthful and Biased, and *covers up* abject racism in her own URI media school. On Amanpour's team of journalists at URI is **John King,** CNN journalist presents bogus First Amendment lectures and is paid thousands of dollars at URI for his silence, while his dear benefactor Dean Jeanette Riley lynches a high-minded Black professor, for speaking truth about Dean Riley's fraud and racism at URI. For over a decade, **CNN's Christiane Amanpour, John King and other journalists on her team have tacitly conspired to suppress any news about URI and the cruelty meted to Blacks who suffer abject racism**. These stalwart progressives ALL knowingly condone, facilitate and protect the abhorrent racial abuse of Blacks at the University of Rhode Island. BLACKS ALSO FEEL PAIN as victims of dehumanizing and degrading racial abuse, our humanity must also be respected, and our dignity must also be valued — not only WHITE WOMEN who are victims of sexual abuse.

## (G) ARGUMENT — FACTS AND MANNER OF CHIEF JUDGE JOHN MCCONNELL'S JUDICIAL MISCONDUCT

**Deliberate Falsification of Facts and Intentional Omission of Material Evidence to Deliberately Dehumanize and Defame Prof. Louis Fosu as a Means to Legitimize Sealing all Plaintiff's Motions**

### I. Evidence of Falsification of Facts and Intentional Omission of Material Evidence by Chief Judge John McConnell Regarding ECF 46 (replaced by ECF 48):

*Chief Judge McConnell's biased mala fide decisions in his ruling* ***falsely*** *states Plaintiff's motion ECF 48, "Seeks no relief from the Court and has been filed solely to engage in a public attack against Defendants, their counsel, and motions request no proper court relief."*

- In fact Plaintiff filed his bona fide **first motion ECF 48**, with proper relief sought stated in bold English *black letters* in the *caption* of motion, which is the following: ***"Plaintiff Motion Requesting That The Court Formally Terminate His Representation Agreement With Volkov Law Group, and Resolve Disputed Unaudited Portions Of Legal Fees Paid To Carly Beauvais Iafrate (Principal Attorney At Law Office Of Carly Beauvais Iafrate), and Mark P. Gagliardi (Principal Attorney At Law Office Of Mark P. Gagliardi). For The Purpose Of Providing The Plaintiff The Ability And Equity To Sign An Agreement With A New Attorney [--REJECTED SETTLEMENT AMOUNT IS REDACTED--]."***

- Furthermore, in the body of motion ECF 48, the **proper relief** Plaintiff is seeking from the court regarding the Volkov Law Group is also stated. This proper relief was in fact addressed during the December 15, 2023 hearing with Chief Judge McConnell, when Plaintiff explained in court to McConnell that he was having great difficulty engaging another lawyer, because of the one-million-dollar legal bill for the excellent work of the Volkov Law Group that exposed the extensive fraud and criminal conspiracy; however, potential attorneys who said this is a great case were not sure if the Volkov Group still needed to be compensated beyond the legal fees of one million dollars.

- Opposing counsel Steven Richard chimed in on this matter, where he had no place attacking the cost of Volkov Law Group's litigation. Steven Richard and Rhode Island jurists do not want any outside law firms observing their unethical lawyering and challenging their incompetence. Plaintiff disagreed with Steven Richard's false assertion of litigation cost as explained in ECF 47 page 9 § 20. Chief Judge McConnell then spoke and explained to Plaintiff

that he understands the difficulty of obtaining a new lawyer, because the case is far along; but he cannot formally terminate Plaintiff's agreement with Volkov Group even though they had withdrawn as counsel. However, he would give Plaintiff up to February 15, 2023 to find a new lawyer.

- Additionally, in the body of motion ECF 48, the **proper relief** Plaintiff is seeking from court is stated clearly regarding the disputed unaudited portions of legal fees paid to Carly Beauvais Iafrate, and Mark P. Gagliardi. Carly Beauvais Iafrate is also Chief Judge John McConnell's colleague at Roger Williams School of Law. In the motion Plaintiff clearly explained he needed help from the court to resolve legal fees as:

> **For the purpose of providing the Plaintiff the ability and equity to sign an agreement with a new attorney.**

- Chief Judge McConnell explained to Plaintiff during the December 15, 2023 hearing, that he had to deny the motion because he could not grant relief on agreements or financial issues between Plaintiff and various solicitors.

- Moreover, in the body of motion ECF 48, Plaintiff is using motion to **communicate pertinent information** regarding his former attorney Jessica Sanderson, to explain that the brilliant Ms. Sanderson had left her firm, and is the reason Plaintiff's is now representing himself pro se. Plaintiff was informed by Chief Judge McConnell's clerk Ryan Jackson to use motions to communicate with the judge to inform court about matters, and that is exactly why Plaintiff communicated truthfully with embedded admissible material evidence. Below, Plaintiff informs the court about his dilemma as a pro se litigant:

> Managing, questioning and cross-examining these witnesses (whether friendly or hostile) **requires an experienced, knowledgeable and ethical litigator like Jessica Sanderson to prosecute this important civil rights case that will significantly impact African-Americans, Latinos, Native Americans and other marginalized groups excluded and discriminated against at URI.** I [Plaintiff] hope the Chief Judge can persuade her to come on board – she is legendary, and no attorney has been so brilliant, ethical and caring about this case.

- Another request in Plaintiff's first motion to Chief Judge John McConnell, is communicated below as informed by McConnell's law clerk Ryan Jackson:

> What is just and equitable is that the Volkov firm is paid for their excellent and comprehensive work of nearly one million dollars, after

Plaintiff's final audit of [Carly Iafrate] [John McConnell's friend and colleague at Roger Williams Law School] and [Mark Gagliardi]. The Volkov Firm cannot claim a percentage of future awards beyond its lien of approximately one million dollars after they withdrew voluntarily as counsel. **Plaintiff must sign a new contingency agreement with an attorney to move this case along – and this is a major point that needs to be resolved.**

- Chief Judge John McConnell is a litigator who made tens of millions in oftentimes questionable lawsuits, which financed his donations to Democrats for his judgeships. Therefore, **John McConnell should know the importance of paying proper litigators with integrity, their due for their genuine work for humanity, for protecting Blacks whose rights are eviscerated by a corrupt cadre of Democrats in Rhode Island.** Moreover, the Volkov Law Group with their lead attorney Jessica Sanderson exceeded Plaintiff's expectations, and uncovered a conspiracy of fraud at URI, and the reason three additional lawsuits for fraud are being filed by Plaintiff. The fact that the Volkov Law Group could not continue to represent me does not mean they should not receive full payment for their excellent legal work, which was actually at a discount to accommodate Plaintiff – these are high powered Washington DC attorneys. The Volkov Law Firm with Jessica Sanderson as lead litigator achieved what no other lawyers in America could. Our black community and I owe Michael Volkov and Jessica Sanderson a debt of gratitude and overflowing love. **The NAACP should give Michael Volkov and Jessica Sanderson a NAACP Image award for doing a job the NAACP failed to do after repeated requests for help.**

- Two more important issues Plaintiff's first motion ECF48 communicated to Judge McConell as advised by his court clerk Ryan Jackson, are the following:

    **It can be stated without equivocation that it is repugnant to the Constitution when Plaintiff and Blacks in Rhode Island, need to pay a million dollars to protect their constitutional rights enshrined in our US Constitution**. This means that rights for Blacks are effectively abrogated or actually only nominal in Rhode Island. This trial will shed an incandescent light on a fact well known to Blacks and Browns living in RI – that only an all-white ruling class in our blue state of Rhode Island have actual rights that are protected.

    This case is a fight against the new forms of repression adopted after the 1964 Civil Rights Act and perfected by soft spoken "have-a-nice-day" liberals and Democrats who have silenced nearly all Black intellectuals across this nation who have contrary views to our failed

> liberal policies – that keep Blacks in a permanent impoverished caste in blue states run entirely by Democrats. Plaintiff will not be silenced, and will be reinstated as a professor at URI to complete the remainder of his contract or this case goes to the Supreme Court. Compensatory and punitive damages alone do not restore dignity.

- **As discussed in the aforementioned, while protecting a grossly corrupt solicitor Steven Richard, Chief Judge McConnell issued a biased ruling that denied relief to Plaintiff.** Denying relief in Plaintiff motion ECF 48 is not a compelling nor legitimate reason to seal all plaintiff's *bona fide* motions and *bona fide* responses to opposing counsel's motions.

- Moreover, when sensitive data needs to be protected, any request to seal documents of party in a **protected class**, must be narrowly tailored to achieve the specific goal of only **excluding inadmissible evidence**, which can be achieved with a transparent public court hearing for Steven Richard to challenge the admissibility of plaintiff's material evidence in **accordance with FRE 401**, and **pursuant to Fed. R. Civ. P. 5.2**.

## II. Evidence of Falsification of Facts and Intentional Omission of Material Evidence by Chief Judge John McConnell Regarding ECF 47:

*Chief Judge McConnell's biased mala fide decisions in his ruling **falsely** states Plaintiff's motion ECF 47, "Seeks no relief from the Court and has been filed solely to engage in a public attack against Defendants, their counsel, and motions request no proper court relief."*

- In fact, Plaintiff filed his first motion ECF 47, with **proper relief** sought stated in **bold** English *black letters* in *caption* of motion, which is the following: "***Plaintiff FERPA Motion: Steven Richard Misled Court and Cannot Plead "FERPA" Protections to Deceptively Conceal URI Violations. Plaintiff Welcomes a Nixon Peabody Defamation Lawsuit.***"

- In the body of plaintiff motion ECF 47, the **proper relief** Plaintiff is seeking from court regarding Steven Richard misleading the court about FERPA law, is stated clearly with the following:

> Chief Judge [must] order Steven Richard to withdraw his false statement that Plaintiff has violated FERPA rules. Plaintiff has been systematically dehumanized by the University of Rhode Island with false accusations, and it should not continue in a court of law.

> Plaintiff added, "Steven Richard must respectfully withdraw his misleading FERPA statement or respond to the court detailing how Plaintiff or the Diversity Think Tank has violated FERPA regulations in the motion filed on December 14, 2023."

- Additionally, in the body of motion ECF 47, Plaintiff is using motion to **communicate pertinent information** to Chief Judge McConnell about why Steven Richard is deliberately misleading court about FERPA; and as proof of that fact, Plaintiff provides this link from the Department of Education: https://studentprivacy.ed.gov/faq/which-educational-agencies-or-institutions-does-ferpa-apply

- Furthermore, in the body of the FERPA motion, Plaintiff argues the following:

> Steven Richard knows that even if Plaintiff and his organization the Diversity Think Tank were receiving funds from the Department of Education, Steven Richard STILL would not be permitted to plead FERPA protections to deceptively cover up URI's egregious constitutional and civil rights violations, and URI's criminal conspiracy to suborn perjury [under Title 18 U.S.C. § 1622].

- Perhaps Chief Judge McConnell reasonably believed he had to come to Nixon Peabody's aid, because a white-shoe law firm is incapable of defending itself against any bold statements made by a meek pro se Plaintiff. Therefore, in Plaintiff's FERPA motion responding to Steven Richard's lies and misrepresentations of facts in court on December 15, 2023, Plaintiff informed the federal court about the following:

> Nixon Peabody is an international white-shoe law firm. When Steven Richard and his team of attorneys find one phrase, one sentence, or one paragraph that they deem false in any document Plaintiff has written, Nixon Peabody has the capacity and right to sue Plaintiff for defamation on behalf of every administrator, every faculty member, and every student at URI. Any backdoor attempt by Nixon Peabody to silence Plaintiff will be rejected forcefully and publicly as Plaintiff is doing now." See ECF 47 page 8, §16.

- One would think that after a litigant makes a compelling argument about egregious misrepresentations of facts in a motion, in a highly contentious employment civil rights case that involves a whistleblower, if Chief Judge McConnell wishes to appear as an equitable judge who is not biased, he would have at least RESPONDED to Plaintiff's serious and repeated concerns about egregious misrepresentations of fact and law in his court.

- Chief Judge McConnell IGNORED all Plaintiffs objections about Steven Richard's continuous lies, false and egregious misrepresentations of facts in court as detailed in Plaintiff's FERPA motion ECF 47, which should never have been sealed. Chief Judge McConnell chose to only respond to the *whining dog whistle* ex parte complaints and motions of his friend Steven Richard, which were motions in an unlawful and racist vociferous defense of URI to unlawfully repress and create a buffer of silence around its egregious civil rights violations.

- **As discussed, while protecting a grossly corrupt solicitor Steven Richard, Chief Judge McConnell issued a biased ruling that denied relief to Plaintiff.** Denying relief in Plaintiff's motion ECF 47 is not a compelling nor legitimate reason to seal all plaintiff's *bona fide* motions and *bona fide* responses to opposing counsel's motions.

- Moreover, when sensitive data needs to be protected, any request to seal documents of party in a **protected class**, must be narrowly tailored to achieve the specific goal of only **excluding inadmissible evidence**, which can be achieved with a transparent public court hearing for Steven Richard to challenge the admissibility of plaintiff's material evidence in **accordance with FRE 401**, and **pursuant to Fed. R. Civ. P. 5.2**.

## III. Evidence of Falsification of Facts and Intentional Omission of Material Evidence by Chief Judge John McConnell Regarding ECF 53:

*Chief Judge McConnell's biased mala fide decision in his ruling* ***falsely*** *states Plaintiff's statements in motion 53, "Are also scurrilous and inaccurately describe [Steven Richard] defense counsel's conduct in this litigation, which this Court has seen to be nothing but professional, ethical, and proper."*

- Plaintiff's bona fide Motion ECF 53 is captioned: ***"Plaintiff Motion in Response to Defendants' Motion # 50 in Opposition to Plaintiff's FERPA Motion, Which Provides Evidence of Nixon Peabody Lawyer Steven Richard's Misleading Statements About FERPA and Other Fraudulent Misrepresentations in Court."***

- ECF 53 was filed as a detailed point by point response to Steven Richard's motion ECF 50 where he continues his misleading statements about FERPA law and Plaintiff violating FERPA, without providing evidence thereof. A crooked Nixon Peabody litigator, even when supported by the Chief Judge of a federal court, should not be permitted to create his own FERPA rules to

benefit his racist URI Defendants. And they cannot create their own unreasonable and fraudulent interpretations of laws passed by Congress. Let me reiterate, Plaintiff did not violate FERPA when he filed ECF 46 or the redated motion ECF 48. This is the link to the FERPA, Steven Richard and John McConnell cannot fabricate their own FERPA law: https://studentprivacy.ed.gov/faq/which-educational-agencies-or-institutions-does-ferpa-apply

- Even though Blacks are expected to be silent, agreeable and only speak in hushed tones in our designated *caste noire des indésirables* in Rhode Island, **Fourteenth Amendment rights** namely: "due process of law and equal protection of the law" – **permits Plaintiff to respond truthfully to every issue raised in Steven Richard's motions,** because Richard has a very tenuous relationship with truth and a penchant for exaggerated fabrications and misrepresentations of facts.

- Until Louis Kwame Fosu has a new counsel, Plaintiff shall continue to file bona fide motions to lawfully and truthfully advocate for his protected constitutional rights in court, responding to every lie and every fabrication in every document filed in court. Plaintiff's comprehensive responses in this litigation are **professional, ethical,** *and* **proper** in America.

- Black men are permitted to write and file their own motions. Without acquiescing to the persistent high-pressure of progressive propaganda, Professor Fosu is permitted to write motions that respond to crooked Nixon Peabody litigators. **Professor Fosu is permitted to respond to Defendant's motions without dictates and threats from a federal court judge and a corrupt opposing counsel – demanding that Plaintiff respond only in gratitude and acceptance of their fantastic fables, fabrications and falsehoods laundered as truth in federal court by Steven Richard**. Plaintiff is not a litigator, and only a peaceful educator of equity, truth and nonviolence who is struggling to spread love and fight for the rights of dignified Black people surviving normalized hate in our racist blue state, Rhode Island. Plaintiff shall continue to file bona fide motions and shall never acquiesce to being treated with cruelty and indignity on this beautiful earth. Baruch Hashem.

- Moreover, Plaintiff's motion ECF 53 is filed in accordance with **FRE 401** and pursuant to **Fed. R. Civ. P. 5.2**. Students reading this must understand that ***Chief Judge McConnell is a federal court judge, it is not a federal court judge's place nor duty to use his high public office of credibility and implied stature of public integrity, to protect a highly corrupt jurist and friend***. Steven Richard filed ECF 50, and other motions that

were orchestrated only after several "emergency" ex parte communications with Chief Judge McConnell.

- Wherever racism lurks there is antisemitism. Plaintiff believes that unconscious antisemitism also contributed to Chief Judge McConnell's *over-the-top* biased ruling, which unlawfully sealed ALL Plaintiff's aforementioned motions, including a bona fide ECF 53 response to an opposing party's motion. On motion ECF 53 page 14 response to Steven Richard, Plaintiff commented on the President of Harvard University, Claudine Gay's absurd response to: "*if calling for genocide of Jews on campus would violate the school's conduct policy"*. Plaintiff also explained it was his beautiful Jewish community in Israel that helped him heal completely from URI's racist hate after his retaliatory firing and his Jewish community funding him now. **Are Black men who are *pro se* litigants supposed to sit in silent obedience and not respond in their own words and with conviction to an opposing party's motions that are littered with lies and misrepresentations of facts**?

- **Conclusively,** in law in the United States of America, Plaintiff has a well-regarded protected constitutional right to file a comprehensive point by point response to an opposing party's motions. When the Supreme Court of the United States suspends Plaintiff's constitutional rights to: **(a)** Free speech, **(b)** due process of law, and **(c)** equal protection of the laws, ***it is only at that crucial point Chief Judge John McConnell can falsify facts of a case and selectively suppress ALL material evidence and seal ALL Plaintiff's bona fide court documents***, which detail fraud and dehumanizing racism at URI covered-up by democrats with power in Rhode Island. Until the Supreme Court rules to suspend rights of all Black men, Plaintiff's bona fide motion is *professional, ethical, and proper*, and a valid response to an opposing party's motions. ECF 53 is filed in accordance with FRE 401 and pursuant to Fed. R. Civ. P. 5.2.

- **In Addition, while protecting a grossly corrupt solicitor Steven Richard, Chief Judge McConnell issued a biased ruling that denied relief to Plaintiff.** Denying relief in Plaintiff's ECF 53 responses to opposing counsel ECF 50, is not a compelling nor legitimate reason to seal all plaintiff's *bona fide* motions and *bona fide* responses to opposing counsel's motions.

- Moreover, when sensitive data needs to be protected, any request to seal documents of party in a **protected class**, must be narrowly tailored to achieve the specific goal of only **excluding inadmissible evidence**, which can be achieved with a transparent public court hearing for Steven Richard to

challenge the admissibility of plaintiff's material evidence in **accordance with FRE 401**, and **pursuant to Fed. R. Civ. P. 5.2**.

.

## IV. Evidence of Falsification of Facts and Intentional Omission of Material Evidence by Chief Judge John McConnell Regarding ECF 54:

*Chief Judge McConnell's biased mala fide decision in his ruling **falsely** states Plaintiff's statements in motion 54, "Are also scurrilous and inaccurately describe [Steven Richard] defense counsel's conduct in this litigation, which this Court has seen to be nothing but professional, ethical, and proper."*

- Plaintiff's bona fide motion ECF 54 is captioned:: **"Plaintiff Motion Opposing Defendants' Motion #51; And Plaintiff Opposition to All of Defendants' Attempts to Seal Motions. Defendants Must Not Be Permitted to Conceal and Seal Truth Detailing Defendants' Fraudulent Misrepresentations, Perjured Statements and Conspiracy to Suborn Perjury in A Public Civil Rights Trial. This Is Not a Secret FISA Trial."**

- Again, this bona fide motion **(ECF 54)** is Plaintiff's comprehensive response to Steven Richard's *racist dog whistle* motion ECF 51 to violate a Black Plaintiff's constitutional rights to due process, sealing ALL Plaintiff's motions, without communicating a hearing on relevant evidence.

- Moreover, in the body of Plaintiff's motion **ECF 54** is Plaintiff's comprehensive persuasive argument, which is supported with overwhelming **clear, cogent, and convincing admissible material evidence** of Steven Richard's fraudulent and misleading conduct as defined in **18 USC § 1515(a)(3).**

- **Conclusively,** in law in the United States of America, Plaintiff has a well-regarded protected constitutional right to file a comprehensive point by point response to an opposing party's motions. When the Supreme Court of the United States suspends Plaintiff's constitutional rights to: **(a)** Free speech, **(b)** due process of law, and **(c)** equal protection of the laws, ***it is only at that crucial point Chief Judge John McConnell can falsify facts of a case and selectively suppress ALL material evidence and seal ALL Plaintiff's bona fide court documents***, which detail fraud and dehumanizing racism at URI covered up by democrats with power in Rhode Island. Until the Supreme Court rules to suspend rights of all Black men, Plaintiff's bona fide motion is *professional, ethical, and proper*, and a valid

response to an opposing party's motions. ECF 54 is filed in accordance with FRE 401 and pursuant to Fed. R. Civ. P. 5.2.

- **Additionally, while protecting a grossly corrupt solicitor Steven Richard, Chief Judge McConnell issued a biased ruling that denied relief to Plaintiff.** Denying relief in Plaintiff's ECF 54 responses to opposing counsel ECF 51, is not a compelling nor legitimate reason to seal all plaintiff's *bona fide* motions and *bona fide* responses to opposing counsel's motions.

- Moreover, when sensitive data needs to be protected, any request to seal documents of party in a **protected class**, must be narrowly tailored to achieve the specific goal of only **excluding inadmissible evidence**, which can be achieved with a transparent public court hearing for Steven Richard to challenge the admissibility of plaintiff's material evidence in **accordance with FRE 401**, and **pursuant to Fed. R. Civ. P. 5.2**.

**John McConnell Betrayed the Public Trust:**
**John McConnell as a federal court judge has betrayed the public trust, by placing his friendships above the law and placing his Democratic party loyalty above honoring justice. In so doing Chief Judge John McConnell, has dishonored the integrity of the Rhode Island Federal Court, and eviscerated any remnants of credibility that his court could have hereafter; rendering his court not fit for purpose. Chief Judge John McConnell must be removed from this case and the bench immediately.**

Chief Judge John McConnell cannot remain judge on this case # 21-00279-JJM, and neither can Steven Richard remain counsel for defendants because Steven Richard will be subpoenaed as a central witness as an active participant aiding and abetting URI's conspiracy and fraud.

If Chief Judge McConnell truly believes his friend and colleague Steven Richard acted in a "**professional, ethical, and proper**" manner in court, he should consider my complaint for **corruption** and **gross judicial misconduct** a refresher CLE course on ethics, which Plaintiff teaches. The elements of **misleading conduct under 18 USC § 1515(a)(3),** which the highly corrupt litigator Steven Richard repeatedly violated in his role as an "**unprofessional, unethical, and improper**" Nixon Peabody partner are protected by a federal court judge.

> **Under 18 USC § 1515(a)(3)**, the term "***misleading conduct***" means— **(A)** knowingly making a false statement; **(B)** intentionally omitting information from a statement and thereby causing a portion

of such statement to be misleading, or intentionally concealing a material fact, and thereby creating a false impression by such statement; **(C)** with intent to mislead, knowingly submitting or inviting reliance on a writing or recording that is false, forged, altered, or otherwise lacking in authenticity; **(D)** with intent to mislead, knowingly submitting or inviting reliance on a sample, specimen, map, photograph, boundary mark, or other object that is misleading in a material respect; or **(E)** knowingly using a trick, scheme, or device with intent to mislead.

**In the following sections, Plaintiff will now provide an extensive list of Steven Richard's fraudulent and misleading conduct as defined in 18 USC § 1515(a)(3).**

- Chief Judge McConnell reviewed all motions before issuing his ghastly ruling, which is an unlawful biased, deceptive, scurrilous and mala fide ruling to protect his corrupt friends. **Chief Judge John McConnell's ruling ECF 58, is a textbook example of judicial misconduct with falsification of facts and intentional omission of material evidence**, to *cover up* Steven Richard's fraud, and is repugnant to an equitable and fair judicial process. This case **must** be moved to a new judge or jurisdiction not entirely controlled by corrupt jurists colluding to manipulate procedure and the outcome of this case.

**August 18, 2021**. A prevailing farfetched theory, which is strenuously promoted as truth by Steven Richard who aided and abetted the conspiracy of fraud by URI Defendants, is that Professor Fosu is a misogynist. Steven Richard intentionally misled the court when he filed Motion to Dismiss on 8/18/2021. Mr. Richard knowingly submitted false and perjured statements to create a false impression that Professor Fosu was a misogynist, without providing a single piece of evidence thereof. **For Black people in America, being falsely accused of misogyny or sexual harassment causes irreparable harm to one's career, and in many cases death or wrongful imprisonment.**

- Plaintiff will not stand for this racist trope and deliberate dehumanization, which is a continued vestige of slavery, to instill fear and absolute obedience in Black men. For generations Black men have been dehumanized and denigrated as a first step to facilitate and rationalize institutional and public lynchings.

  **From witnessing Emmett Till's mutilated body in an open casket, to witnessing Justice Clarence Thomas' horrifying high-tech lynching led by Joe Biden and broadcast live on National TV**, where

Blacks watched white male Democrats with Joe Biden lead the liberal lynching of an innocent erudite Black man who worked his way up to Yale Law School. **In spite of his success and integrity Justice Clarence Thomas was targeted for a high-tech lynching**, because early in his life Justice Thomas wisely recognized and rejected Democratic propaganda and the insidious social policies that keep blacks in a permanent dehumanized caste beholden to Democrats.

As I write this today, **President Biden who has eight reported and documented sexual harassment, assault or sexual abuse complaints, remains unscathed as President of the United States. Where is the feminist and progressive outrage and calls for Biden to resign by Democrats?** Biden works and lives unscathed, while innocent Black men are constantly accused falsely of depravity against women. Enough. This is 2024 post Obama, yet Blacks who defy the Democratic Party are still lynched by well-mannered liberals in President Obama's party.

If Plaintiff has **committed any act of misogyny** at URI that warrants an investigation from a battery of corrupt lawyers leading to Plaintiff's immediate termination, without ever having a meeting to reveal his crime, then it better be some outrageous conduct violation other than being late for class, and worse than the following deviant white characters with multiple misconduct complaints, who have actually **abused**, **hurt**, **sexually violated underage boys**, or harmed **students**, and **faculty** – yet have never been fired from URI: **(i)** Pedophile Ralph Carlini teaching our kids psychology; **(ii)** Cruel abusers: Dean DeBoef, Prof. Ketrow, and Assoc Dean Roth; **(iii)** Homophobic bigot Donna Hughes; **(iv)** Abusive and sexist Dean Adam Roth; and **(v)** Racist & Sexist John Pantalone Harrington School of Media supported by Christiane Amanpour. **Equal rights mean equal rights in America – not rights for ALL white people and ONLY Blacks obedient to the dictates of Democratic Party propaganda.**

Below is an excerpt from Steven Richard's MTD that is riddled with lies and perjured statements knowingly submitted to the court to dehumanize Plaintiff as a dangerous abusive, undesirable professor who is a menacing misogynist threatening nice white female PhDs.

> Faculty and staff have **felt that** **Mr. Fosu's behaviors have been misogynistic and abusive and have targeted female faculty members and staff.** For instance, Mr. Fosu has called for individual employment terminations, but only for female faculty and staff. (See MTD page 19)

Note that Steven Richard does not submit a statement claiming, 'Faculty and staff have provided evidence of Mr. Fosu's behaviors that are misogynistic and abusive.'

**In Rhode Island Black men are lynched on ethereal "felt" emotions of women, with malicious and false perceptions deliberately promoted by "Karens" and white professors** who make false reports, and get away with it as explained in this ABC News article**.** Plaintiff's feelings of indignity suffered from **actual documented complaints** of abject racism, discrimination and racial violence do not matter to the Democratic Attorney General Peter Neronha.

**January 19, 2024**. Chief John McConnell intentionally omitted the following facts, when he falsely stated in his ruling that Steven Richard's misleading conduct was "**professional, ethical, and proper**." McConnell's ruling in effect covers up Steven Richard's criminal fraud and gross misrepresentations of facts, which falsely accuses Plaintiff of being a misogynist amongst other things. On August 18, 2021, Steven Richard knowingly violated 18 USC § 1515(a)(3) when Richard intentionally omitted the following facts below that prove Plaintiff is very supportive of females and brilliant women. **Subsequently, on January 19, 2024, Judge McConnell sealed all motions; thereby, suppressing all material evidence exposing Steven Richard and Defendants' fraud – that is detailed in ECF 54 and other Plaintiff's motions.**

- Professor Fosu's **very first advocacy at URI** was advocating to prevent the firing of a White female professor who was suffering extreme sexism and ageism at the **Harrington School of Media supported by Christiane Amanpour**. This professor, Ann Salzarulo, was introduced to Plaintiff by another White female professor, **Honors Department Chair Lynn Derbyshire**. Prof. Salzarulo was abused and demeaned by **Harrington School Media Director Adam Roth** on a daily basis because Ann Salzarulo was brilliant, stood her ground in debates, had global U.N. experience, and spoke up about the complete absence of African-Americans in the School. **Director Adam Roth,** who had an **all-white** journalism department, is a **very close friend** of **Dean Jeannette Riley** and **CNN reporter Christiane Amanpour**. Both Riley and Amanpour knew about the sexist abuse Ann Salzarulo suffered as detailed in the link below but did nothing to protect Professor Salzarulo.

  One would think that **Dean Riley** who claims to be a **lesbian** and **feminist** would **support a brilliant female** Professor who courageously speaks up when berated by a **sexist man** who prefers women that he can control and berate with impunity. **Several complaints were made against Adam Roth but there was not a single URI investigation by Steven Richard and his half-witted *co-conspirator in crime* Jeffery Michaelson**: https://diversitythinktank.flywheelsites.com/wp-content/uploads/2021/09/Ann-Salzarulo-sexist-complaint-against-Adam-Roth-Statement-October-23-2019.pdf. Professor Ann Salzarulo has been honored by Rhode Island for her work to advance equality for African-Americans – but

not yet honored by URI: **(a)** https://diversitythinktank.flywheelsites.com/wp-content/uploads/2022/02/Ann-Salzarulo-Official-Citation-Providence-City-Council.pdf ; **(b)** https://diversitythinktank.flywheelsites.com/wp-content/uploads/2022/02/Ann-Salzarulo-Citizen-Citation-Mayor-Jorge-Elorza.pdf

URI's leadership involved in the fraudulent conspiracy to fire Louis Kwame Fosu know for a fact that Prof. Fosu is **NOT a misogynist,** but rather an erudite**, "*professional, ethical, and proper*" collegial** professor with **exceptional relational skills** with students, and **excellent subject matter expertise**. This is evidenced by the sheer number of jobs Prof. Louis Kwame Fosu was offered from various URI Department Chairs and Deans, when he did not even apply for those jobs. Professor Fosu knew that URI wanted him to play ball and stop exposing racism and discriminatory hiring practices on campus. Fosu turned down all jobs he believed were being offered to entice Fosu's integrity to a compromise of silence.

Below is a list of jobs URI offered Fosu, but Steven Richard intentionally omitted from the MTD to give a false impression of a menacing black misogynist who is not collegial. This information is included in Plaintiff's bona fide response ECF 54 to Steven Richard's motions. Chief Judge McConnell sealed Plaintiff's ECF 54 to vanish evidence below. **If Professor Fosu were a misogynist or threatening to females, why would these URI Department Chairs headed mainly by white women, and including the Women's Department offer Professor Fosu various positions?:**

- Teach graduate students Ethics, evidence that URI's corrupt leadership knew for a fact that Professor Fosu is "*professional, ethical, and proper*" until URI's leadership realized Prof. Fosu will never play ball and stop exposing URI's discriminatory practices.

- Teach in and desegregate the whites-only Criminal Justice Department,

- Teach a new 400 level Honors course the following Spring semester 2021, *Establishing Structural Diversity in Institutions:* Civil Rights Policy in Practice *(HPR 401).* Honors Department Chair, Lynne Derbyshire will be subpoenaed to testify.

- Become a Director at the Alan Shawn Feinstein School of Education and Professional Studies with a very generous six-figure offer ($100,000 plus an additional $15,000 a year to invite speakers), Dean Anthony Rolle will be subpoenaed to testify in court.

- Teach in the Gender and Women's Studies Department – certainly a job offered to all menacing black misogynists at URI. Chief Judge McConnell has

unlawfully suppressed this and other evidence above, and sealed ALL Plaintiff's motions to protect his friend by covering up Steven Richard's ***unprofessional, unethical, and improper*** misleading conduct that violates 18 USC § 1515(a)(3).

- Plaintiff, Professor Louis Kwame Fosu turned down the six-figure URI Director job offer. **Perhaps when a Plaintiff keeps turning down hundreds of thousands of dollars from URI, including a settlement, someone with intelligence should get a hint that the dignity of his people is more important than money** – *Plaintiff is not chattel to be bought off by a racist Dean Jen Riley who remains at URI*. The absence of meaningful policy change at URI means Plaintiff will not agree to any settlement. Policy change means co-conspirator Jeannette Riley out as Dean. If Riley were a Black college dean who criminally conspired to terminate the employment of an exemplary white female professor, Dean Jen Riley would be fired and investigated by our corrupt Attorney General Peter Noronha. But. the tables are turned, and the exemplary professor is a Black male and the Dean is white, and nothing is being done.

August 18, 2021. Another prevailing *farfetched* theory, which is *strenuously* promoted as truth by Steven Richard in his conspiracy of fraud with Defendants, is that Professor Fosu *forced and coerced students* to speak up about racism at URI. Steven Richard knowingly violated 18 USC § 1515(a)(3) when he knowingly and deliberately filed false and perjured statements to create a false impression that Professor Fosu engaged in "**coercion, exploitation and intimidation"** of employees and students within the URI community, without providing any evidence thereof. Advancing diversity of African-Americans is a crime at Rhode Island's public flagship university.

Below is an excerpt of the false statement submitted to court by Steven Richard, which he attributes to a letter dated January 12, 2021 to Professor Fosu from predatory racist Provost DeHayes who initiated this conspiracy with Dean Jeannette Riley. An ethical solicitor working for Nixon Peabody, who has conducted his due diligence and a discovery process, should never knowingly submit false statements to the court – **especially to harm an exceptional professor, who is a whistleblower, speaking absolute truth about racist corrupt hiring practices** at URI [protected by powerful Democrats].

> The University is taking this action because of very serious concerns arising from various credible complaints, allegations, reports and communications that have been raised by several University officials. Some of these concerns were referenced in my two prior letters to you. Our serious concerns relate to certain aspects of (1) **your behavior** and interactions with students in your classes, such as **assertions of**

> **coercion, exploitation, and intimidation** relating to student expression that obstruct the free pursuit of learning for students; and (2) your behavior as an employee and your interactions and communications with University faculty and staff, including individuals in your department, that have **been hostile, disrespectful, and/or non-collegial as well as disruptive to departmental and university functions and operations**, and potentially damaging to the reputation of individuals and the university. (See MTD page 18)

Subsequently, on January 19, 2024, **Chief Judge McConnell** **<u>intentionally omitted</u> and suppressed the facts listed below and detailed in ECF 54 and other documents exposing Mr. Richard's misleading conduct that** violated 18 USC § 1515(a)(3). Chief Judge McConnell's ruling is in fact a **<u>falsification of facts</u>** about Steven Richard's misleading conduct, who knowingly and deliberately filed perjured statements in court to falsely accuse Plaintiff of coercion, exploitation, and intimidation relating to student expression, etc. (*Plaintiff restates this in different ways, because Plaintiff is not a litigator and wants to make sure the deliberate omissions and falsification of facts is understood with absolute clarity).*

**Below is concealed evidence of Professor Louis Kwame Fosu's charitable, empathetic, ethical, and loving conduct towards students, while coaching students to think for themselves and seek truth.** Steven Richard knows that no student in the following emails have been members of the banned URI Advocacy for the Advancement of African-Americans – Plaintiff did not know that Democrats and liberals in universities had such a deep-seated hate and resentment for African-Americans, and would conspire to fire Plaintiff for demanding equity and free speech for Blacks.

- Steven Richard intentionally omitted this material evidence detailing student comments, including a Gender and Women's Studies Department Professor Kathleen McIntyre. No student was coerced, no student was exploited, and no student was intimidated to speak truth, as detailed in these spontaneous emails: https://diversitythinktank.flywheelsites.com/wp-content/uploads/2021/04/Only-a-Handful-of-more-love-LK-Fosu.pdf. **Chief Judge McConnell has unlawfully sealed and suppressed this and ALL evidence in Plaintiff's motions, to cover up Steven Richard's *unprofessional, unethical, and improper* misleading conduct that violates 18 USC § 1515(a)(3).**

- Steven Richard intentionally omitted this material evidence. Steven Richard knows that it was two **URI Student Presidents**, Leila Cox in this email and Austyn Ramsey in this email who contacted Professor Fosu regarding the *racist and bigoted* Harrington School Journalism Chair John Pantalone and

the deeply *racist* URI leadership. **Chief Judge McConnell has unlawfully sealed and suppressed this and ALL evidence in Plaintiff's motions, to cover up Steven Richard's *unprofessional, unethical, and improper* misleading conduct that violates 18 USC § 1515(a)(3).**

- Steven Richard intentionally omitted this material evidence. Steven Richard knows that student advocates and leaders were coerced by URI in a conspiracy and incentivized by URI to bear false witness and attack Professor Fosu. However, the students' own truthful words live on through their emails as primary admissible evidence in court. For example, former student Michael Avant attacked Fosu, and coincidentally his mother Kamilah Avant was rapidly hired as a "Diversity Dean" working for Defendant Dean Jen Riley. This is Michael Avant's OWN supportive communication to Professor Fosu: https://diversitythinktank.flywheelsites.com/wp-content/uploads/2021/04/2020-Avant-Texts-and-email-with-Fosu.pdf. **Chief Judge McConnell has unlawfully sealed and suppressed this and ALL evidence in Plaintiff's motions, to cover up Steven Richard's *unprofessional, unethical, and improper* misleading conduct that violates 18 USC § 1515(a)(3).**

- Steven Richard intentionally omitted this material evidence. Steven Richard knows that student advocates and leaders were coerced by URI in a conspiracy and incentivized by URI to bear false witness and attack Professor Fosu. However, the students' own truthful words live on through their emails as primary admissible evidence in court. For example, Steven Richard knows that when former student Mitchell Asante attacked Fosu, the student was suddenly provided scholarships and grants to graduate, and became a mentee of co-conspirator **Prof. Kristin Johnson** who was rapidly promoted to Vice Provost for her part in the conspiracy. This is Mitchell Asante's OWN supportive communication to Professor Fosu: https://diversitythinktank.flywheelsites.com/wp-content/uploads/2021/04/mitchell-Asante-Texts-and-emails-with-Fosu-1.pdf. **Chief Judge McConnell has unlawfully sealed and suppressed this and ALL evidence in Plaintiff's motions, to cover up Steven Richard's *unprofessional, unethical, and improper* misleading conduct that violates 18 USC § 1515(a)(3).**

- Steven Richard intentionally omitted this material evidence, which is Ben Wilkie's OWN supportive communication to Professor Fosu: https://diversitythinktank.flywheelsites.com/wp-content/uploads/2021/04/Wilkie-texts-and-emails-with-Fosu.pdf. **Chief Judge McConnell has unlawfully sealed and suppressed this and ALL evidence in Plaintiff's motions, to cover up Steven Richard's**

***unprofessional, unethical, and improper*** **misleading conduct that violates 18 USC § 1515(a)(3).**

- Steven Richard intentionally omitted this material evidence, which is Sean Miller's OWN supportive communication to Professor Fosu, not the transcribed lies promoted by Defendants. https://diversitythinktank.flywheelsites.com/wp-content/uploads/2021/04/Sean-Miller-texts-and-emails-with-Fosu.pdf. **Chief Judge McConnell has unlawfully sealed and suppressed this and ALL evidence in Plaintiff's motions, to cover up Steven Richard's** ***unprofessional, unethical, and improper*** **misleading conduct that violates 18 USC § 1515(a)(3).**

- This is evidence of Fosu's latest advocacy when a URI Latino student contacted him at the Diversity Think Tank. Steven Richard did not know about this when he filed MTD: https://diversitythinktank.flywheelsites.com/wp-content/uploads/2023/12/Jordan-Severino-Complaint-against-Professor-Geoff-Leatham-1.pdf, **Chief Judge McConnell did not know about this new evidence when he sealed ALL Plaintiff's motions to protect his friend by covering up Steven Richard's** ***unprofessional, unethical, and improper*** **misleading conduct that violates 18 USC § 1515(a)(3).**

- Steven Richard intentionally omitted this material evidence, which are emails from other students, Asian, Black, and White who abhor URI's racism: https://diversitythinktank.flywheelsites.com/wp-content/uploads/2021/04/Anna-Aysha-Lindsay-Talha-Students-to-Avant-PSC312-_-Ending-128-years-of-Systemic-Racism-at-URI.pdf. **Chief Judge McConnell has unlawfully sealed and suppressed this and ALL evidence in Plaintiff's motions, to cover up Steven Richard's** ***unprofessional, unethical, and improper*** **misleading conduct that violates 18 USC § 1515(a)(3).**

- Steven Richard filed fabricated documents and intentionally omitted this evidence, which demonstrates Professor Fosu's natural empathy for the welfare of students, and how Professor Fosu self-evaluates his own teaching effectiveness: https://diversitythinktank.flywheelsites.com/wp-content/uploads/2024/03/Prof-Louis-Fosu-email-to-VP-Dean-Libutti-Fosu-Example-of-late-grade-submission.pdf. Steven Richard knows that Professor Fosu is not an extremist, and **does not** give bad grades to students because they do not advocate for equity for African-Americans excluded at URI. **Chief Judge McConnell has unlawfully sealed and suppressed this and ALL evidence in Plaintiff's motions, to cover up Steven Richard's**

***unprofessional, unethical, and improper* misleading conduct that violates 18 USC § 1515(a)(3).**

**Below is additional evidence that Professor Louis Kwame Fosu is collegial, relational, respectful, and did not disrupt departmental and university functions and operations.**

- Steven Richard filed fabricated documents and intentionally omitted this evidence. Steven Richard knows that **Professor Fosu was recommended and handpicked by an American national treasure, Civil Rights icon, Dr. Bernard Lafayette** to head the Center for Nonviolence and Peace Studies Dr. Lafayette founded at URI: https://diversitythinktank.flywheelsites.com/wp-content/uploads/2021/04/Dr.-Bernard-LaFayette-Prof-Lou-Kwame-Fosu-Resume-and-Bio_.pdf. **Chief Judge McConnell has unlawfully sealed and suppressed this and ALL evidence in Plaintiff's motions, to cover up Steven Richard's *unprofessional, unethical, and improper* misleading conduct that violates 18 USC § 1515(a)(3).**

- Steven Richard filed fabricated documents and intentionally omitted this evidence. Steven Richard knows that Professor Fosu **was one of only a handful of professors on campus teaching in-person during the COVID pandemic.** Additionally, as evidence of Professor Fosu's collegiality and willingness to help improve URI through discussions, Prof. Fosu's department Chair, Marc Hutchison sought the very collegial professor Fosu's advice on ethics and increasing diversity. **Chief Judge McConnell has unlawfully sealed and suppressed this and ALL evidence in Plaintiff's motions, to cover up Steven Richard's *unprofessional, unethical, and improper* misleading conduct that violates 18 USC § 1515(a)(3).**

- Steven Richard filed fabricated documents and violated 18 USC § 1515(a)(3) by intentionally omitting this evidence, that Professor Fosu is collegial and lovingly shared his high-level speakers with his colleagues (notice they are all female professors). **Chief Judge McConnell has unlawfully sealed and suppressed this and ALL evidence in Plaintiff's motions, to cover up Steven Richard's *unprofessional, unethical, and improper* misleading conduct that violates 18 USC § 1515(a)(3).**

- Steven Richard filed fabricated documents and violated 18 USC § 1515(a)(3) by intentionally omitting this evidence that Professor Fosu's very supportive and empathetic Department Chair Marc Hutchison gave Professor Fosu glowing reviews – *never an unkind word.* **Chief Judge McConnell has unlawfully sealed and suppressed this and ALL evidence in**

**Plaintiff's motions, to cover up Steven Richard's *unprofessional, unethical, and improper* misleading conduct that violates 18 USC § 1515(a)(3).**

- Steven Richard filed fabricated documents and violated 18 USC § 1515(a)(3) by intentionally omitting this evidence that Prof. Fosu's classes were in "massive demand" by students from Criminal Justice Dept., Political Science Chair Marc Hutchison met with Professor Fosu to **discuss increasing his class sections** for the **Fall of 2021**, when they met to discuss Prof. Fosu's Spring schedule which was posted for students to register. **Chief Judge McConnell has unlawfully sealed and suppressed this and ALL evidence in Plaintiff's motions, to cover up Steven Richard's *unprofessional, unethical, and improper* misleading conduct that violates 18 USC § 1515(a)(3).**

- Steven Richard filed fabricated documents and violated **18 USC § 1515(a)(3)** by deliberately omitting this evidence, which he obtained from his clients during Nixon Peabody's discovery process: This Plaintiff's collegial texts with his Dept Chair Marc Hutchison on December 28, 2020: https://diversitythinktank.flywheelsites.com/wp-content/uploads/2024/02/Department-Chair-Marc-Hutchison-kind-texts-with-Prof-Fosu-a-week-before-fired-while-on-vacation.pdf –Only a week before Plaintiff was blindsided with this letter from Bull Connor DeHayes placing Plaintiff on administrative leave, which was only a pretext to a deceptive investigation to fabricate evidence headed by Steven Richard's other corrupt buddy Jeffery Michaelson, who is an absolute nitwit. Jeffery Michaelson's recorded testimony is a must see at trial as evidence of complete incompetence and fraud in this URI conspiracy. **Chief Judge McConnell has unlawfully sealed and suppressed this and ALL evidence in Plaintiff's motions, to cover up Steven Richard's *unprofessional, unethical, and improper* misleading conduct that violates 18 USC § 1515(a)(3).**

- Steven Richard filed fabricated documents and violated 18 USC § 1515(a)(3) by omitting this evidence about Plaintiff's communication with his **Dean Jeannette Riley on October 27, 2020**: https://diversitythinktank.flywheelsites.com/wp-content/uploads/2024/02/Dean-Riley-Only-complaint-to-Prof-Fosu-for-being-late-not-a-conduct-issue.pdf This was THE ONLY inquiry from Dean Riley about Professor Fosu being late for class. *Unbeknownst to Plaintiff this was the embryonic stage Riley's conspiracy to fire me with the help of her boss Donald "Bull Conner" DeHayes.* **No other professor receives an email from a Dean for being late to class, or even not showing up to class altogether**. Only black professors who demand equity for their community –

receive emails from Dean Riley for being late to class. **Chief Judge McConnell has unlawfully sealed and suppressed this and ALL evidence in Plaintiff's motions, to cover up Steven Richard's *unprofessional, unethical, and improper* misleading conduct that violates 18 USC § 1515(a)(3).**

The irony of Dean Jeanette Riley's existence is that she is a soft-spoken racist-feminist-lesbian, who has exponentially benefited from the 1964 Civil Rights Act. Yet, **Dean Jen Riley despises and refuses to hire African-Americans to leadership positions, even though they are the leaders who died to make her life more equitable in America. I do not recall any white lesbian feminist assassinated on the frontlines of civil rights**. White racist women like Jen Riley and Kathy Collins should have some modicum of respect for beautiful loving Black Americans who forgive hate and cruelty every day.

Steven Richard filed fabricated documents and intentionally omitted the following evidence that proves **collegial** Professor Fosu was not **disruptive to departmental** and **university functions** and **operations**. In fact, URI's **department and university functions and operations continued to function very well** to support incompetent all-white leadership and racist liberal supremacy. The following proves that fact:

In fact, Dean Jeannete Riley's racism and her URI co-conspirators in leadership, were never disrupted by Professor Fosu. Dean Riley continued to hire ONLY her white kith and kin in leadership positions, and URI's "**fake national candidate searches"** for candidates continued unabated, while hiring mainly white friends, family and lovers for key positions at URI. Evidenced by these examples below:

- **Provost Donald DeHayes' spouse Betty Rambur became Dean** of the College of Nursing.

- **Dean Jeannette Riley's lover Kathleen Torrens was selected to become Associate Director** of the Harrington School of Media (which is a conflict of interest for the lovers, because Jeannette Riley is her lover's boss). **Does anyone think if Dean Riley were a Black man who hired his lover or even wife as an Associate Director this would be ok?** These are the double standards Blacks observe at work and in the criminal justice system – hypocrisy and special treatment of racist white women who consider themselves feminists.

- **Donald DeHayes' close family friend Barbara Wolfe is now the new Provost, while** DeHayes' wife Betty Rambur played musical chairs and moved to Barabara Wolfe's old position as Dean of the College of Nursing.

- **Political Science Prof. Kristin Johnson** was rewarded for her fabricated perjured testimony and her help to "flip" two political science students **(Avant & Asante)** to bear false witness against a Professor. They will all be subpoenaed to repeat their lies under oath. Prof. Kristin Johnson was promoted from the Political Science Department to Vice Provost for Global Initiatives. Kristin Johnson was an essential promotion, because URI desperately needed another mediocre and unconsciously racist white female in yet another senior leadership position at Green Hall. Moreover, there are no Latinas at URI who have global experience, no African-Americans at URI who have global experience, and no Native Americans at URI who have global experience (that actually may be true, because URI's all-white senior leadership makes sure not to hire the best and brightest highly qualified African-Americans and Native Americans who fall in their laps. Rather than hire brilliance – URI will cancel the job with a cockamamie excuse and dispatch Sean Rogers to gaslight the candidates, and fill the positions with one of their choice Cape Verdean or Filipino stooges mentioned in this document.

Below is additional evidence that Professor Fosu did not **disrupt departmental and university functions and operations** but ALSO DID NOT DISRUPT or abate the power of white supremacy at URI – our public university.

- Dean Jeannette Riley filled the position of our **beloved late** advocacy leader, **Earl Smith** with her white friend of a friend. There are no African-Americans, no Latinos and no Native Americans at URI or elsewhere in Rhode Island and America that meet the qualifications for an Asst. Dean at URI. All the while, **Dean Jeannette Riley** had been paying effusive tributes to our **Asst Dean Earl Smith**. One might ask why leaders in the Africana Department are silent to this, it is because they cannot sustain a fight that costs one-million-dollars in legal fees, and all need to earn a paycheck. Those such as Prof. Fosu who have the integrity to turn down jobs for $100,000, are removed and fired with haste.

- Moreover, URI's leadership, undisrupted in their progressive supreme white power, just to show Blacks they are of no regard at URI, awarded Earl Smith's scholarship to an Asian student a decision supported by Sean Rogers the Filipino Chief Diversity Officer, who is Black when it is a job identification, but becomes a Filipino immigrant when protecting his racist Filipino colleague who abuses the civil rights of African Americans at URI

(See pages 13 to 14). **Earl Smith is Black** and died fighting for equity for Blacks on URI's campus, maybe Sean Rogers forgot that fact.

**In case Sean Rogers and URI's leadership did not know this fact – Black students are least likely to graduate from college** – not due to a lack of brilliance – **but due to a lack of money** – the majority of Blacks cannot afford college and **have to work and hustle to stay in college every day**. This is the impact of white liberal supremacy at URI, when groomed incompetent blacks are persistently hired to high leadership positions and actively participate in civil rights abuses, constitutional violations and the marginalization of African-Americans.

- **Previous provost Laura Beauvais** was also a close **friend and protégée of ex-Provost Donald DeHayes**. Their cycle of protecting systemic racism continues unabated at our public flagship university that operates as an all-white racist country club exactly as the Senator Sheldon Whitehouse family white-only country club, only accountable unto themselves.

**URI seems to hire the most racist white female lesbians as administrators. Maybe it is just a coincidence.** It is a three-step process – Jen Riley's co-conspirator Kathy Collins as VP of Students is instrumental in using her Cape Verdean posse to recruit students to fabricate stories – then Steven Richard pleads FERPA protections, and the fabricated testimony is then laundered as truth in McConnell's court. Another lynching in the making, with Kathy Collins' fingerprints and her Cape Verdean immigrants as enforcers, can be read in this link to better understand the depths of Kathy Collins and the Cape Verdean immigrant posse's astounding cruelty and impunity. This New York Times article eloquently discusses how white women use themselves as instruments of terror.

It is especially important for racist white liberal feminists such as Jen Riley and Kathy Collins to understand with clarity, that their advantaged lives in academia have been privileged by African-Americans. **The blood of Martin Luther King and many Blacks was spilled in the streets of America for the 1964 Civil Rights Acts to be passed in the halls of Congress – <u>no white lesbian feminist leaders were assassinated fighting for civil rights</u>. They should show some modicum of respect to erudite Blacks.**

<u>Erudite Black Americans reject Affirmative Action</u>

No matter where Black Americans fall on the ideological spectrum, nearly all high-minded erudite Black Americans who are considered top intellectuals -- from: **Dr. Thomas Sowell, Justice Clarence Thomas, Dr. Randy Short** – to: **Dr. Sherrilynn J. Bevel, Prof. Charles Lawrence III, Prof. Rev. Cornell West and Prof. Kimberlé Crenshaw** – would state unequivocally that *"the **<u>primary</u>***

***beneficiaries* of Affirmative Action have been *white women* in America** – *NOT BLACKS who the program was designed to benefit."*

Therefore, evidence proves that Professor Fosu was not **disruptive to departmental** and **university functions** and **operations, as Steven Richard** falsely stated in court and knowingly filed fabricated and perjured statements without evidence thereof. On appeal, a higher court will review all Plaintiff's evidence and the egregious unlawful conduct of Chief Judge John McConnell, whose court is not fit for purpose after supporting his friend Steven Richard's fraud and glaring misleading conduct, which violates 18 USC § 1515(a)(3).

**For the aforementioned reasons, while protecting a grossly corrupt solicitor Steven Richard, Chief Judge McConnell issued a biased ruling that denied relief to Plaintiff.** Denying relief in Plaintiff's motion ECF 54 responses to opposing counsel's motions, is not a compelling nor legitimate reason to seal all plaintiff's *bona fide* motions and *bona fide* responses to opposing counsel's motions.

Moreover, when sensitive data needs to be protected, any request to seal documents of party in a **protected class** must be narrowly tailored to achieve the specific goal of only **excluding inadmissible evidence**, which can be achieved with a transparent public court hearing for Steven Richard to challenge the admissibility of plaintiff's material evidence in **accordance with FRE 401**, and **pursuant to Fed. R. Civ. P. 5.2**.

## (H) CONCLUSION

Instead of acting equitably and respecting law, John McConnell placed his friendships above the law and placed his Democratic party loyalties above honoring justice. In his biased mala fide ruling, Chief Judge John McConnell knowingly engages in deceptive and deliberate falsification of facts and an intentional omission of facts to protect his friend Steven Richard; who John McConnell in fact knows is a grossly corrupt Nixon Peabody solicitor hired by URI to launder perjured and fabricated documents littered with racist tropes in McConnell's court. In so doing Chief Judge John McConnell, has dishonored the integrity of the Rhode Island Federal Court, and eviscerated any remnants of credibility that his court could have hereafter. **McConnell's court is now not fit for purpose and Chief Judge John McConnell must be removed from my case immediately**.

**Additionally, Chief Judge John McConnell should be immediately suspended, pending a full investigation of his egregiously biased**

**scurrilous mala fide ruling that protects powerful corrupt Democrats detailed in Plaintiff's motions, who in turn cover up systemic corruption in Rhode Island courts, instead of protecting the law, justice and equity**. If this is the manner Chief Judge John McConnell treats an innocent erudite Black professor with integrity, then we can begin to understand all the complaints of wrongful convictions in Rhode Island from people who have no concept of rights. This is a ghastly and corrupt judicial system in Rhode Island, and the FBI needs to commence a comprehensive investigation.

**This complaint will be sent to Judiciary Chairman Jim Jordan, and Education Committee Chairwoman Virginia Foxx**. **Plaintiff will also file this judicial misconduct complaint with the House Judiciary Committee in petition for Article III impeachment of Chief Judge John McConnell**.

Chief Judge John McConnell knows for a fact that Louis Kwame Fosu is a whistleblower who has been defamed with his Fourteenth Amendment rights violated in a retaliatory firing by URI. Chief Judge McConnell knows that for a fact, because these are his rulings: Equal Protection, Defamation, Retaliation. However, it was the good old *"okie doke"* swindle, to string Plaintiff along to be silent. Those McConnell rulings are deceptive because no matter the ruling at the initial MTD stage, **no Black man ever wins a complaint in Rhode Island against corrupt white Democrats and their legion of powerful unethical jurists in Rhode Island protecting the University of Rhode Island**. The problem is so serious that Plaintiff had to dismiss his own RI lawyer Carly Beauvais Iafrate who was deceptively working in the interest of Steven Richard and URI.

If Judge McConnell were truly an equitable Judge who follows the law, looking at zero evidence of wrongdoing against Prof. Fosu, and the conspiratorial lynching of an innocent high-minded Black man who speaks truth purely supported by material evidence, Chief Judge McConnell would have ordered URI to reinstate Professor Fosu two years ago—especially when John McConnell has supported the reinstatement of criminals such as his friend, solicitor John Cicilline, convicted with four federal counts of perjury. Moreover, John McConnell reviewed court records before his biased ruling ECF 58, and knows that all these deviant white men and women at URI, with multiple misconduct complaints, who have actually **abused**, **hurt**, **sexually violated underage boys**, or harmed **students**, and **faculty** at URI have never been investigated or fired: **(i)** Pedophile Ralph Carlini who teaches our kids psychology???; **(ii)** Cruel abusers: Dean DeBoef, Prof. Ketrow, and Assoc Dean Roth; **(iii)** homophobic bigot Donna Hughes; **(iv)** Abusive and sexist Dean Adam Roth and, **(v)** Racist & sexist John Pantalone.

Chief Judge McConnell protects and perpetuates a glistening corrupt judicial system in Rhode Island, which is rife with fraud and needs to be investigated by the FBI. Consequently, Chief Judge McConnell and his friends: Steven Richard,

Attorney General Peter Neronha, elected Democrats who protect URI officials involved in this conspiracy of fraud to terminate Professor Fosu, must all be investigated by the FBI. However, unless my complaint is about a Republican, the DOJ is highly political and prejudiced in its prosecutions and will not act.

Therefore, I pray that the United States Court of Appeals for the First Circuit will act swiftly to: **(1)** remove Chief Judge McConnell as the presiding judge in my case; and **(2)** remove Chief Judge McConnell permanently from the federal bench.

**With my signature below, on this 5th of March, 2024, I hereby attest that the information given above and in the enclosed complaint against Chief Judge John McConnell for Corruption & Gross Judicial Misconduct is true to the best of my knowledge and belief, and nothing is false therein. Not a single word written is fabricated. I understand that if the information provided by me is proved not true, I will have to face the punishment as per the law.**

**I certify that Chief Judge McConnell will be notified of this complaint by email and a filed Motion in court.**

Sincerely,



…………………………………………..

**Prof. Louis Kwame Fosu, JD/MBA**
Executive Director & Education Director
Diversity Think Tank

+1 401-996-2241 (RI)
+1 202-406-0911 (WhatsApp/mobile - US)
+972 54-596-1072 (WhatsApp/mobile - Israel)
loufosu@diversitythinktank.org

Home address:
43 Connecticut Street
Cranston RI 02920