**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Louis Kwame Fosu
Plaintiff,
v.                                    Case No.: 1:21−cv−00279−MRD−PAS

University of Rhode Island, et al.
Defendant.

## ORDER OF RECUSAL

I hereby recuse myself from participation in the above referenced matter.

It is so ordered.

October 10, 2025                      By the Court:

                                      /s/ Mary S. McElroy
                                      United States District Judge