Outlook

## Procedural Inquiry Regarding Filing / closed case/ Fwd: Activity in Case 1:21-cv-00279-SJM-AKJ Fosu v. University of Rhode Island Judgment

**From** LOUIS KWAME FOSU <loufosu@diversitythinktank.org>
**Date** Wed 1/28/2026 8:13 AM
**To** RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov>; Michael Simoncelli <Michael_Simoncelli@RID.USCOURTS.GOV>

📎 1 attachment (282 KB)
Clerk Michael Simoncelli email.pdf;

**CAUTION - EXTERNAL:**

Dear Federal Intake Clerk and Mr. Simoncelli,

After receiving this shocking email from the court closing my case abruptly, I am writing with a procedural question. I intend to file a Motion to Alter or Amend Judgment pursuant to Fed. R. Civ. P. 59(e), or in the alternative for relief under Rule 60(b), along with supporting exhibits.

One of the exhibits (attached) consists of prior email correspondence to Mr. Simoncelli, in which I specifically stated that I needed an attorney as the central reason as I waited patiently for a hearing. This correspondence predates the entry of judgment and reflects my efforts to obtain counsel while motions were still pending.

I do not understand how the court closed my case without notice or an opportunity to respond. Additionally, the newly assigned judge never scheduled an initial conference or hearing to address these matters. I never appeared before this judge, yet a broad final ruling was issued. This sequence of events is unusual and raises serious concerns about due process.

Could you please advise whether:
1. The motion and exhibits should be filed as a single ECF entry or as separate attachments; and
2. Whether any additional procedural steps are required for proper docketing.

If the court has stated that it has reached the limits of its ability to be fair and impartial in this case, while I never had a hearing with Judge McConnell's replacement from New Hampshire judge, then why is my case not transferred to another venue DC or NY where I will be represented by counsel equal to Nixon Peabody's litigators and have the opportunity to proceed in a fair and impartial forum? It is evident in my motions that no lawyer in RI will take my case because of the conflict with McConnell.

I respectfully question why the court is permitting such unequal treatment, where URI is represented by a white shoe law firm Nixon Peabody with extensive seasoned litigation resources, while I am being forced to proceed pro se despite having repeatedly stated in my motions that I am unable to adequately represent myself in this matter and also require a highly seasoned solicitor.

I have copied the intake clerk so that this correspondence may be filed in the docket. Thanks for your help.

Respectfully,
Lou Kwame Fosu

___

**Louis Kwame Fosu**

Education Director

+1 401-996-2241 (RI)

+1 202-406-0911 (DC)


---------- Forwarded message ---------
From: <cmecf@rid.uscourts.gov>
Date: Tue, Jan 27, 2026 at 3:54 PM
Subject: Activity in Case 1:21-cv-00279-SJM-AKJ Fosu v. University of Rhode Island Judgment
To: <cmecfnef@rid.uscourts.gov>


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered on 1/27/2026 at 3:53 PM EST and filed on 1/27/2026
**Case Name:**       Fosu v. University of Rhode Island
**Case Number:**     1:21-cv-00279-SJM-AKJ
**Filer:**
**WARNING: CASE CLOSED on 01/27/2026**
**Document Number:** 85

**Docket Text:**
**JUDGMENT. So Ordered by Clerk of Court on 1/27/2026. (Simoncelli, Michael)**


**1:21-cv-00279-SJM-AKJ Notice has been electronically mailed to:**

Louis Kwame Fosu &nbsp &nbsp loufosu@diversitythinktank.org

Steven M. Richard &nbsp &nbsp srichard@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com, pgordon@nixonpeabody.com,

sguevremont@nixonpeabody.com

**1:21-cv-00279-SJM-AKJ Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=1/27/2026] [FileNumber=2149773-0
] [23f73d009cd03f4d97c254867d307c27a7c0ab822c17d33d610a1c19296d76eb3fb
2281f8a56095453acafd9c3fd122888a233d0db68603558efffd3faef2db5]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.